| David L Toppin<br>465 Salisbury Street<br>Holden MA 01520 | **Docket No.**<br>4:17-CV-40011-TSH<br>Summons in a Civil Action<br>Complaint<br>Amended Complaint | |

## ACCEPTANCE OF SERVICE

I, _____, being a Witness in this action, or a Person who is legally authorized to accept service for the Person, Witness or Defendant in this action, or being a member of the Person, Witness or Defendant's household in this action, or being the Witness, Person or Defendant named in this action, I hereby freely accept service of all documents or the summons and complaint, which I have received this day.

Date_____     _____
                                           Signature of Person Accepting Service

## OFFICER's AFFIDAVIT and RETURN OF SERVICE

I certify under the penalties of perjury that: I served a copy of all documents or the summons and complaint in this action upon the above named Person, Witness or defendant by:

( ) Serving in hand a copy of all documents or the summons and complaint to the above Person, Witness or Defendant at his/her place of abode, work or other place as ordered, or by substitute service at his/her place of abode to a member of the Person, Witness or Defendant's household who is over the age of 18 and of apparent mental competency. Or to a person who is legally authorized to accept service for the Person, Witness or Defendant in this action.

(X) By Last and Usual Service at the place of abode (The Above Address) and mailing a copy of all documents that same day by first class US Postal Service to the above address.

(X) Affixed a Copy of all document/s or the summons and complaint as ordered on the Door of the Defendant.

( ) Put a Copy of all document/s or the summons and complaint as ordered under the Door of the Defendant.

(X) **USPS** First Class Mailing ( ) **USPS** Priority Mail ( ) **USPS** Certified Mail ( ) **USPS** Registered Mail
( ) **USPS** Mail Service ( ) **FedEx** Mail Service ( ) **UPS** Mail Service ( ) **OTHER** Mail Service: _____
( ) Postpaid a copy of all the document/s or the summons and complaint as ordered to the above address.

( ) By email: _____ ( ) By Fax: _____ ( ) By FaceBook: _____
( ) By Twitter: _____ ( ) By LinkIn: _____ ( ) By Other: _____

Date of Service: 04-20-17   at 1257  AM/**PM**
                                     Signed under the penalties of perjury

Date of Return of Service: 04-20-17   _____

Christopher P Waites / Massachusetts Notary Public
Massachusetts Constable Service
PO Box 555 Boston, MA 02128
office: 617-391-8517          fax: 888-258-6186
website: www.MA-CS.com  email: info@MA-CS.com
Constable in the Commonwealth of Massachusetts
or Acting as a Disinterested Party

Civil Action No.: **4:17−CV−40011−TSH**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _David L Toppin_

was received by me on (date) _04-18-17_.

☒ I personally served the summons on the individual at (place) _465 Salisbury Street Holden Ma 01520_ on (date) _04-20-17_ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ , a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ _100.00_ for travel and $ _50.00_ for services, for a total of $ _150.00_.

I declare under penalty of perjury that this information is true.

_04-20-17_
Date

_[signature]_
Server's Signature

_Christopher P Waites Constable_
Printed name and title

_PO Box 555 Boston MA 02128_
Server's Address

Additional information regarding attempted service, etc:

Christopher P Waites / Massachusetts Notary Public
Massachusetts Constable Service
PO Box 555 Boston. MA 02128
office: 617-391-8517     fax: 888-258-6186
website: www.MA-CS.com   email: info@MA-CS.com
Constable in the Commonwealth of Massachusetts
or Acting as a Disinterested Party