| Town of Holden<br>1204 Main Street<br>Holden MA 01520 | **Docket No.**<br>4:17-CV-40011-TSH<br>Summons in a Civil Action<br>Complaint<br>Amended Complaint | |

## ACCEPTANCE OF SERVICE

I, _Donna M. Cross_, being a Witness in this action, or a Person who is legally authorized to accept service for the Person, Witness or Defendant in this action, or being a member of the Person, Witness or Defendant's household in this action, or being the Witness, Person or Defendant named in this action, I hereby freely accept service of all documents or the summons and complaint, which I have received this day.

Date _4/20/17_       _Donna M. Cross_
                     Signature of Person Accepting Service

## OFFICER's AFFIDAVIT and RETURN OF SERVICE

I certify under the penalties of perjury that: I served a copy of all documents or the summons and complaint in this action upon the above named Person, Witness or defendant by:

(X) Serving in hand a copy of all documents or the summons and complaint to the above Person, Witness or Defendant at his/her place of abode, work or other place as ordered, or by substitute service at his/her place of abode to a member of the Person, Witness or Defendant's household who is over the age of 18 and of apparent mental competency. Or to a person who is legally authorized to accept service for the Person, Witness or Defendant in this action.

( ) By Last and Usual Service at the place of abode (The Above Address) and mailing a copy of all documents that same day by first class US Postal Service to the above address.

( ) Affixed a Copy of all document/s or the summons and complaint as ordered on the Door of the Defendant.

( ) Put a Copy of all document/s or the summons and complaint as ordered under the Door of the Defendant.

( ) **USPS** First Class Mailing ( ) **USPS** Priority Mail ( ) **USPS** Certified Mail ( ) **USPS** Registered Mail
( ) **USPS** Mail Service ( ) **FedEx** Mail Service ( ) **UPS** Mail Service ( ) **OTHER** Mail Service: _____
( ) Postpaid a copy of all the document/s or the summons and complaint as ordered to the above address.

( ) By email: _____       ( ) By Fax: _____       ( ) By FaceBook: _____
( ) By Twitter: _____     ( ) By LinkIn: _____    ( ) By Other: _____

Date of Service: _04-20-17_ at _12:43_ AM/**PM**
                                    Signed under the penalties of perjury

Date of Return of Service: _04-20-17_    _Christopher P Waites_

Christopher P Waites / Massachusetts Notary Public
Massachusetts Constable Service
PO Box 555 Boston, MA 02128
office: 617-391-8517      fax: 888-258-6186
website: www.MA-CS.com   email: info@MA-CS.com
Constable in the Commonwealth of Massachusetts
or Acting as a Disinterested Party

Civil Action No.: 4:17–CV–40011–TSH

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Town of Holden_

was received by me on (date) _04-18-17_.

☒ I personally served the summons on the individual at (place) _1204 Main Street Holden Ma 01520_ on (date) _04-20-17_ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ _100.00_ for travel and $ _50.00_ for services, for a total of $ _150.00_.

I declare under penalty of perjury that this information is true.

_04-20-17_
Date

_[signature]_
Server's Signature

_Christopher P Waites   Constable_
Printed name and title

_PO Box 555 Boston Ma 02128_
Server's Address

Additional information regarding attempted service, etc:

Christopher P Waites  / Massachusetts Notary Public
Massachusetts Constable Service
PO Box 555 Boston, MA 02128
office: 617-391-8517                 fax: 888-258-6186
website: www.MA-CS.com   email: info@MA-CS.com
Constable in the Commonwealth of Massachusetts
or Acting as a Disinterested Party