# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 4:17-CV-40011-TSH

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**DAVID L. TOPPIN, ET AL.**

For:
Jeffrey Nunez, Trial Attny
U.S. Department of Justice
Tax Division, P.O. Box 55
Washington, DC  20044

Received by Diligent Process Services Inc on the 18th day of April, 2017 at 1:44 pm to be served on **Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2003-A14, Mortgage Pass-Through Certificates Series 2003-N c/o Ocwen Loan Servicing, LLC through it's Registered Agent, Corporation Service Company, 1201 Hays Street, Tallahasse, FL 32301**

I, Kole Kady, do hereby affirm that on the **20th day of April, 2017** at **1:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; COMPLAINT** with the date and hour of service endorsed thereon by me, to:**Kara Stover** as **CSS for the RA for Ocwen Loan Servicing LLC** for **Deutsche Bank National Trust Company**, at the address of: **1201 Hays Street, Tallahasse, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 45,  Sex: F,  Race/Skin Color: White,  Height: 5'7",  Weight: 121,  Hair: Red,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special Process Server, in good standing, in the judicial circuit in which the process was served or attempted to be served. NOTARY NOT REQUIRED PURSUANT TO FS. 92.525.

Kole Kady
Process Server #225

Diligent Process Services Inc
4660 Villas Santorini Drive
Lake Worth, FL 33461
(561) 805-0780

Our Job Serial Number: GTH-2017000185