**"DISTRICT COURT OF THE UNITED STATES"**
**DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE
2017 MAY -9 A 8:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| *Versus* | ) | |
| | ) | **Civil No. 4:17-CV-40011** |
| **David Lynwood Toppin** | | |
| **Jennifer Lyn Toppin,** | ) | |
| ***In propria persona, et al.*** | ) | |
| | ) | |
| *Defendants.* | ) | |

**Motion to Extend Time To Answer or File a Dispositive Motion**

Comes now, David Lynwood Toppin, *in propria persona*, ("Toppin") without Assistance of Counsel, with a limited and restricted appearance in this instant Case with this **Motion to Extend Time to Answer or File a Dispositive Motion.**

This Complaint is quite complicated with all of the parties involved, with all of the terms or lack thereof of the essential terms in the Complaint; wherein, I am in negotiations with a paralegal at this time and if that does not work out to try to find an attorney. I do not have access to Westlaw or Lexis.

Therefore, Toppin is Motioning this Court to extend the time for an Answer of May 11, 2017 by thirty (30) days to June 10th, 2017. This is in the interest of justice, conserves judicial resources and will not prejudice the alleged Plaintiff—"UNITED STATES OF AMERICA."

I have not received any documents from any of the other Defendants, so therefore I will not mail this document to them as they to have an appearance and have mailed it to me. The plaintiff will receive it by electronic notice

My Hand,

Date: May 8, 2017 [signature]