UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 4:17-CV-40011-TSH |
| | : | |
| DAVID L. TOPPIN; JENNIFER TOPPIN; DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for RESIDENTIAL ASSET SECURITIZATION TRUST Series 2013-A14, MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-N; UPS CAPITAL BUSINESS CREDIT f/k/a FIRST INTERNATIONAL BANK; COMMONWEALTH OF MASSACHUSETTS; TOWN OF HOLDEN; TOWN OF AMHERST; and TOWN OF GARDNER, | : : : : : : : : : : : | |
| Defendants. | | |

**AMENDED MOTION FOR**
**<u>EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT</u>**

Defendant Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 20113-A14, Mortgage Pass-Through Certificates Series 2003-N hereby moves for an extension of time within which to answer or otherwise respond to Plaintiff's Amended Complaint to and including May 23, 2017.  Counsel for Plaintiff has assented to this Motion.

/s/ Krystle G. Tadesse
Krystle G. Tadesse  (BBO #673899)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI  02903
(401) 274-9200
(401) 276-6611 (fax)
krystle.tadesse@lockelord.com

May 11, 2017

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of May, 2017, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                              /s/ Krystle G. Tadesse