IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:17-cv-40011-TSH |
| ) | |
| Plaintiff, ) | Judge Timothy S. Hillman |
| ) | |
| v. ) | |
| ) | |
| DAVID L. TOPPIN, ) | |
| JENNIFER TOPPIN, ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY, as Trustee for RESIDENTIAL ) | |
| ASSET SECURITIZATION TRUST Series ) | |
| 2013-A14, MORTGAGE PASS-THROUGH ) | |
| CERTIFICATES Series 2003-N, ) | |
| UPS CAPITAL BUSINESS CREDIT f/k/a ) | |
| FIRST INTERNATIONAL BANK, ) | |
| COMMONWEALTH OF ) | |
| MASSACHUSETTS, ) | |
| TOWN OF HOLDEN, ) | |
| TOWN OF AMHERST, and ) | |
| TOWN OF GARDNER, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## MEMORANDUM OF *LIS PENDENS*

TO WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that on February 3, 2017, the plaintiff United States of America commenced an action in the United States District Court for the District of Massachusetts against the defendants, David L. Toppin, Jennifer Toppin, Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2013-A14 Mortgage Pass-Through Certificates Series 2003-N, the Commonwealth of Massachusetts, and the Town of Holden, Massachusetts, to enforce its liens that attached to a certain parcel of real property, and to sell the subject property free and clear of the rights, titles, claims, liens, and interests of all parties to the action. Specifically, the action is related to the parcel of real

property located at 465 Salisbury Street, Holden, Massachusetts 01520, record title of which was conveyed by Nancy L. Benjamin to Jennifer Toppin, through a properly executed and delivered Quitclaim Deed dated July 31, 2002, and recorded on August 12, 2002, in the records of the Worcester District Registry of Deeds, at Book 27204, Page 67, and which property is more particularly described as:

> All that Land with the buildings thereon situated in Holden, Worcester County, Massachusetts, bounded and described as follows:
>
> BEGINNING at the southeast corner of the premises to be described at a point in the west line of Salisbury Street, said point being N. 13° 13' 20" W., two hundred seventy-three and 10/100 (273.10) feet from a W.C.H. bound at the north end of a 1400 ft. radius curve in said street line;
> THENCE by said street line, N. 13° 13' 20" W., two hundred sixty-five and 47/100 (265.47) feet to a W.C.H. bound at an angle;
> THENCE by said street line, N. 11° 17' 40" W., eighty-four and 53/100 (84.53) feet to a corner;
> THENCE by land now or formerly owned by William A. Wheeler, et ux, S. 74° 14' 15" W., two hundred ninety-four and 18/100 (294.18) feet to a corner;
> THENCE by land now or formerly of said Wheeler, partly along a stone wall, S. 10° 09' 19" E., three hundred fifty-one and 16/100 (351.16) feet to a corner;
> THENCE by land now or formerly of said Wheeler, N. 74° 14' 15" E., three hundred ten and 13/100 (310.13) feet to the point of the beginning.
> Contains an area of 2.42 acres.

This memorandum is based upon the declaration of Jeffrey N. Nunez and the *Plaintiff United States of America's Motion for Approval of Memorandum of Lis Pendens* (Dkt. No. 14), and submitted in accordance with Mass. Gen. Laws ch. 184, § 15(b).

Case 4:17-cv-40011-TSH   Document 40   Filed 05/18/17   Page 3 of 3

Dated: April 24, 2017

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General
U.S. Department of Justice, Tax Division

/s/ Jeffrey N. Nunez
JEFFREY N. NUNEZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-616-5218 (v)
202-514-5238 (f)
Jeffrey.N.Nunez@usdoj.gov

Finding and Order of Approval of Memorandum of Lis Pendens

This cause came to be heard after notice and opportunity to be heard, upon motion for approval of a Memorandum of *Lis Pendens*, and upon consideration thereof, the Court hereby finds that the subject matter of the action in the above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

Whereupon the Court hereby approves the above Memorandum of *Lis Pendens*.

SO ORDERED AND ENDORSED:

_____    5/18_____, 2017
Hon. Timothy S. Hillman,
United States District Judge –
District of Massachusetts