UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>V.<br><br>DAVID L. TOPPIN, JENNIFER TOPPIN, DEUTSCHE BANK, NATIONAL TRUST COMPANY as Trustee for RESIDENTIAL ASSET SECURITIZATION TRUST Series 2013-A14, MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-N, UPS CAPITAL BUSINESS CREDIT f/k/a FIRST INTERNATIONAL BANK, COMMONWEALTH OF MASSACHUSETTS, TOWN OF HOLDEN, TOWN OF AMHERST, and TOWN OF GARDNER,<br>    Defendants | CIVIL ACTION NO. 4:17-CV-40011-TSH |

## **NOTICE OF APPEARANCE**

I, Patricia L. Davidson, hereby enter my appearance on behalf of the defendant, Town of Holden.

TOWN OF HOLDEN

By their attorney,

 /s/ Patricia L. Davidson
Patricia L. Davidson, Esq.
BBO #556647
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: June 19, 2017

CERTIFICATE OF SERVICE

     I, Patricia L. Davidson, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 19, 2017.

                                              /s/ Patricia L. Davidson
                                              Patricia L. Davidson, Esq.

Dated: June 19, 2017