UNITED STATES DISTRICT COURT

WORCESTER, SS                                       DISTRICT OF MASSACUSETTS
                                                    CIVIL DOCKET NO. 4:17-cv-40011 TSH

United States of America,
    **Plaintiff,**

v.

David L, Loppin, Jennifer Toppin,
Deutsche Bank National Trust
Company as Trustee for Residential
Asset Securitization Trust Series
2003-A14, Mortgage Pass-Through
Certificates Series 2203-N, UPS Capital
Business Credit f/k/a First International
Bank, the Commonwealth of
Massachusetts, Town of Holden, Town
of Amherst and Town of Gardner
    **Defendants**

## NOTICE OF APPEARANCE

NOW COMES the undersigned and respectfully enters his appearance on behalf of Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2003-A14, Mortgage Pass-Through Certificates Series 2203-N, in the above-captioned matter.

          Respectfully submitted,
          Defendant
          By their attorney,

          _____
          Justin M. Pierce, Esq. BBO # 687628
          Orlans PC
          PO Box 540540,
          Waltham MA 02454
          (781) 790-7800
          JPierce@orlans.com

DATED: August 16, 2017

## CERTIFICATION

I certify that on this date I provided a copy of the foregoing, by causing it to be sent by regular mail, postage prepaid this 16 of Aug 2017, to the following parties:

**Jeffrey Nunez**
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

**Michael P. Lobie**
U.S. Department of Justice - Tax Division
P.O. Box 55, Benjamin Franklin Station
Washington, DC 20044

**David L Toppin**
465 Salisbury St.
Holden, MA 01520

**Eric J. Rietveld**
McMahon & Associates, PC
15th Floor
1 Financial Center
Boston, MA 02111

**Krystle S. Guillory Tadesse**
Locke Lord LLP
2800 Financial Plaza
Providence, RI 02903

**Lauren A. Solar**
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

**Eileen Ryan McAuliffe**
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street
P. O. Box 9565
Boston, MA 02214-9565

**Patricia L. Davidson**
Mirick, O'Connell, DeMallie & Lougee
100 Front Street
Worcester, MA 01608

**Joel B. Bard**
KP | LAW
31 St. James Avenue
Boston, MA 02116

**Deborah I. Ecker**
KP Law, P.C.
101 Arch Street
Boston, MA 02110

**John Martin Flick**
Flick Law Group, P.C.
144 Central Street
Suite 201
Gardner, MA 01440

_____
Justin M. Pierce, Esq.