UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     C.A. No. 4:17-CV-40011-TSH |
| | : |
| DAVID L. TOPPIN; JENNIFER TOPPIN; | : |
| DEUTSCHE BANK NATIONAL TRUST | : |
| COMPANY as Trustee for RESIDENTIAL | : |
| ASSET SECURITIZATION TRUST Series | : |
| 2013-A14, MORTGAGE PASS-THROUGH | : |
| CERTIFICATES Series 2003-N; | : |
| UPS CAPITAL BUSINESS CREDIT f/k/a | : |
| FIRST INTERNATIONAL BANK; | : |
| COMMONWEALTH OF MASSACHUSETTS; | : |
| TOWN OF HOLDEN; TOWN OF AMHERST; | : |
| and TOWN OF GARDNER | : |
| | : |
| Defendants. | |

## **WITHDRAWAL OF APPEARANCE**

Appearance by Krystle G. Tadesse on behalf of defendant Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2003-A14, Mortgage Pass-Through Certificates Series 2003-N is hereby withdrawn.

                                                                                        /s/ Krystle G. Tadesse
                                                                                        Krystle G. Tadesse (BBO #673899)
                                                                                        LOCKE LORD LLP
                                                                                        2800 Financial Plaza
                                                                                        Providence, RI 02903
                                                                                        (401) 274-9200
                                                                                        (401) 276-6611 (fax)
                                                                                        krystle.tadesse@lockelord.com

August 17, 2017

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 17th day of August, 2017, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                /s/ Krystle G. Tadesse