# *The Commonwealth of Massachusetts*

## *Department of Revenue*

### *Resolution Division – Litigation Bureau*

*100 Cambridge Street, 7th Floor*

*P.O. Box 9565*

*Boston, MA 02114-9565*

**CHRISTOPHER C.
HARDING**
COMMISSIONER

**KEVIN W. BROWN**
GENERAL COUNSEL

March 22, 2018

Mr. Robert M. Farrell, Clerk
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:     United States of America v. David L. Toppin, et al.
        United States District Court Civil Action No. 4:17-CV-40011-TSH


Dear Mr. Farrell:

Enclosed please find the Commonwealth of Massachusetts Commissioner of Revenue's Initial Disclosures pursuant to Rule 26(a) (1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A) along with the Certificate of Service for filing in the above-entitled action.

Thank you for your assistance.

Sincerely,

/s/ Eileen Ryan McAuliffe

Eileen Ryan McAuliffe
BBO No. 435260
Counsel to the Commissioner
(617) 626-3217

ERM/521594

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

_____ )
**UNITED STATES OF AMERICA,** ) **Case No. 4:17-CV-40011-TSH**
                              **Plaintiff** )
**v.** )
**DAVID L. TOPPIN,** )
**JENNIFER TOPPIN,** )
**DEUTSCHE BANK NATIONAL TRUST** )
**COMPANY, as Trustee for RESIDENTIAL** )
**ASSET SECURITIZATION TRUST Series** )
**2013-A14, MORTGAGE PASS-THROUGH** )
**CERTIFICATES Series 2003-N,** )
**UPS CAPITAL BUSINESS CREDIT f/k/a** )
**FIRST INTERNATIONAL BANK,** )
**COMMONWEALTH OF MASSACHUSETTS,** )
**TOWN OF HOLDEN,** )
**TOWN OF AMHERST, and** )
**TOWN OF GARDNER** )
                              **Defendants** )
_____ )

### COMMONWEALTH OF MASSACHUSETTS COMMISSIONER OF REVENUE'S INITIAL DISCLOSURES

The defendant, the Massachusetts Commissioner of Revenue, makes the following initial disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A).

A. Individuals Likely To Have Discoverable Information

 David L. Toppin
465 Salisbury Street
Holden, Massachusetts 01520

Individual(s) from United States of America: Have yet to be identified.

Individual(s) For the Defendant, Jennifer Toppin:  Have yet to be identified

Individual(s) For the Defendant: Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust Series 2013-A14, Mortgage Pass-Through Certificates Series 2003-N: Have yet to be identified

Individual(s) For the Defendant: UPS Capital Business Credit f/k/a First International Bank:  Have yet to be identified

Individual(s) For the Defendant: Town of Holden:  Have yet to be identified

Individual(s) For the Defendant: Town of Amherst:  Have yet to be identified

Individual(s) For the Defendant: Town of Gardner:  Have yet to be identified

<u>Individual(s) for the Defendant: Massachusetts Department of Revenue</u>
<u>An Administrative Agency of the Commonwealth of Massachusetts</u>:
Joseph T. McDougall, Jr, Deputy Chief of the
Collections Bureau
Massachusetts Department of Revenue
Mass. Information and Technology Center
200 Arlington Street
Chelsea, Massachusetts 02204
(617) 887-6542

B.    <u>Description of Documents</u>

Copies of documents in the Commonwealth of Massachusetts Department of Revenue's administrative files relating to the Defendant, David L. Toppin.

C.  <u>Damages</u>
    Not applicable.

D.  <u>Insurance Agreement</u>
    Not applicable.


**CHRISTOPHER C. HARDING**
**COMMISSIONER OF REVENUE**
By his attorney,


<u>/s/ Eileen Ryan McAuliffe</u>

**I hereby certify that a true**
**copy of the above document**
**was served upon the attorney of record**
**for each party and each party pro se**
**by mail on March 22, 2018.**

**Eileen Ryan McAuliffe**
**BBO No.435260**
**Counsel for the Commissioner**
**Department of Revenue**
**Litigation Bureau, 7th Floor**
**P.O. Box 9565**
**100 Cambridge Street**
**Boston, Massachusetts 02114-9565**
**mcauliffe@dor.state.ma.us**

**DATED:** March 22, 2018
ERM/521594

## CERTIFICATE OF SERVICE

I, Eileen McAuliffe, certify that I have served a copy of the within Commonwealth of Massachusetts Commissioner of Revenue's Initial Disclosures Pursuant to Rule 26(a) (1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A)  by first-class mail, postage prepaid, upon:


Attorney Steven Tennyson
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Attorney Michael P. Lobie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Attorney Jeffrey Nunez
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

David L. Toppin
465 Salisbury Street
Holden, Massachusetts 01520

Attorney Eric J. Rietveld
McMahon & Associates
15th Floor
1 Financial Center
Boston, Massachusetts 02111

Attorney Krystle S. Guillory Tadesse
Locke Lord, LLP
2800 Financial Plaza
Providence, Rhode Island, 02903

Attorney Justin Pierce
Orland, PC
465 Waverly Oaks Road
Suite 401
Waltham, Massachusetts 02452

Attorney Lauren A. Solar
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, Massachusetts 02110

Attorney Patricia Davidson
Mirick, O'Connell, DeMalllie& Lougee
100 Front Street
Worcester, Massachusetts 01608

Attorney Joel Baird
KP Law, P.C.
31 Saint James Avenue
Boston, Massachusetts 02116

Attorney Deborah I. Ecker
KP Law, P.C.
101 Arch Street, 11th Floor
Boston, Massachusetts 02110

Attorney John Martin Flick
Flick Law Group, P.C.
144 Central Street
Suite 201
Gardner, Massachusetts 01440

 /s/ Eileen Ryan McAuliffe
**Eileen Ryan McAuliffe**

**Dated:  March 22, 2018**
ERM/521594