IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:17−CV−40011−TSH |
| ) | |
| v. ) | Judge Timothy S. Hillman |
| ) | |
| DAVID L. TOPPIN, ) | |
| JENNIFER TOPPIN, ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY as Trustee for RESIDENTIAL ) | |
| ASSET SECURITIZATION TRUST Series ) | |
| 2013-A14, MORTGAGE PASS-THROUGH ) | |
| CERTIFICATES Series 2003-N, ) | |
| UPS CAPITAL BUSINESS CREDIT f/k/a ) | |
| FIRST INTERNATIONAL BANK, ) | |
| COMMONWEALTH OF MASSACHUSETTS,) | |
| TOWN OF HOLDEN, ) | |
| TOWN OF AMHERST, and ) | |
| TOWN OF GARDNER ) | |
| ) | |
| Defendants. ) | |

**<u>NOTICE OF APPEARANCE</u>**

Appearance is hereby entered by Stephanie Sprague, on behalf of Defendant Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2013-A14, Mortgage Pass-Through Certificates Series 2003-N.

<u>/s/ Stephanie Sprague</u>
Stephanie Sprague (BBO #667714)
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199
T:  617-239-0222
F:  617-507-5576
stephanie.sprague@lockelord.com

AM 68309587.1   1

# CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 23rd day of March, 2018, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      A copy of the foregoing document was also served upon the following party who is not a registered CM/ECF participant, via First Class United States mail:

David L. Toppin  
465 Salisbury St.  
Holden, MA 01520

                                                   /s/ Stephanie Sprague  
                                                   Stephanie Sprague