*The Commonwealth of Massachusetts*

*Department of Revenue*

*Resolution Division – Litigation Bureau*
*100 Cambridge Street, 7th Floor*
*P.O. Box 9565*
*Boston, MA 02114-9565*

**CHRISTOPHER C. HARDING**
COMMISSIONER

**KEVIN W. BROWN**
GENERAL COUNSEL

April 4, 2018

Mr. Robert M. Farrell, Clerk
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:    United States of America v. David L. Toppin, et al.
       United States District Court Civil Action No. 4:17-CV-40011-TSH

Dear Mr. Farrell:

   Enclosed please find the Commonwealth of Massachusetts Commissioner of Revenue's Certificate of Consultation pursuant to Federal Rules of Civil Procedure and Local Rule 16.1(d)(3) along with the Certificate of Service for filing in the above-entitled action.

       Thank you for your assistance.

                                        Sincerely,

                                         /s/ Eileen Ryan McAuliffe
                                        Eileen Ryan McAuliffe
                                        BBO No. 435260
                                        Counsel to the Commissioner
                                        (617) 626-3217

ERM/521492

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| | ) |
| **UNITED STATES OF AMERICA,** | ) **Case No. 4:17-CV-40011-TSH** |
| **Plaintiff** | ) |
| **v.** | ) |
| **DAVID L. TOPPIN,** | ) |
| **JENNIFER TOPPIN,** | ) |
| **DEUTSCHE BANK NATIONAL TRUST** | ) |
| **COMPANY, as Trustee for RESIDENTIAL** | ) |
| **ASSET SECURITIZATION TRUST Series** | ) |
| **2013-A14, MORTGAGE PASS-THROUGH** | ) |
| **CERTIFICATES Series 2003-N,** | ) |
| **UPS CAPITAL BUSINESS CREDIT f/k/a** | ) |
| **FIRST INTERNATIONAL BANK,** | ) |
| **COMMONWEALTH OF MASSACHUSETTS,** | ) |
| **TOWN OF HOLDEN,** | ) |
| **TOWN OF AMHERST, and** | ) |
| **TOWN OF GARDNER** | ) |
| **Defendants** | ) |
| | ) |

## CERTIFICATION OF CONSULTATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 16.1(d)(3)

Pursuant to the Federal Rules of Civil Procedure and Local Rule 16.1(D)(3), the counsel for the Defendant, the Commonwealth of Massachusetts Commissioner of Revenue ("Commissioner") and the Deputy Chief of the Massachusetts Department of Revenue's Collections Bureau, affirm that we have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

| | |
|---|---|
| **Respectfully submitted,** | **Respectfully submitted,** |
| **CHRISTOPHER C. HARDING** | **CHRISTOPHER C. HARDING** |
| **COMMISSIONER OF REVENUE** | **COMMISSIONER OF REVENUE** |
| **By his representative,** | **By his attorney** |
| **/s/ Joseph T. McDougall, Jr.** | **/s/ Eileen Ryan McAuliffe** |
| **Joseph T. McDougall, Jr.** | **Eileen Ryan McAuliffe (BBO# 435260)** |
| **Deputy Chief, Collections Bureau** | **Department of Revenue** |
| **Massachusetts Department of Revenue** | **Litigation Bureau - P.O. Box 9565** |
| **200 Arlington Street** | **100 Cambridge Street** |
| **Chelsea, Massachusetts 02204** | **Boston, MA  02114-9565** |
| **(617) 887-6542** | **(617) 626-3217** |
| | **mcauliffe@dor.state.ma.us** |

**DATED**: April 4, 2018
ERM/521492

## CERTIFICATE OF SERVICE

I, Eileen McAuliffe, certify that I have served a copy of the within Commonwealth of Massachusetts Certificate of Consultation Pursuant to Federal Rules of Civil Procedure and Local Rule 16.1(d)(3)  by first-class mail, postage prepaid, upon:


Attorney Steven Tennyson
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Attorney Michael P. Lobie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Attorney Jeffrey Nunez
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

David L. Toppin
465 Salisbury Street
Holden, Massachusetts 01520

Attorney Eric J. Rietveld
McMahon & Associates
15th Floor
1 Financial Center
Boston, Massachusetts 02111

Attorney Krystle S. Guillory Tadesse
Locke Lord, LLP
2800 Financial Plaza
Providence, Rhode Island, 02903

Attorney Stephanie Sprague
Locke Lord LLP
111 Huntington Avenue
Boston, Massachusetts 02199

Attorney Justin Pierce
Orlans, PC
465 Waverly Oaks Road
Suite 401
Waltham, Massachusetts 02452

Attorney Lauren A. Solar
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, Massachusetts 02110

Attorney Patricia Davidson
Mirick, O'Connell, DeMalllie& Lougee
100 Front Street
Worcester, Massachusetts 01608

Attorney Joel Baird
KP Law, P.C.
31 Saint James Avenue
Boston, Massachusetts 02116

Attorney Deborah I. Ecker
KP Law, P.C.
101 Arch Street, 11th Floor
Boston, Massachusetts 02110

Attorney John Martin Flick
Flick Law Group, P.C.
144 Central Street
Suite 201
Gardner, Massachusetts 01440

/s/ Eileen Ryan McAuliffe
**Eileen Ryan McAuliffe**

**Dated:  April 4, 2018**
ERM/521492