IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID L. TOPPIN, et al.,<br><br><br>　　　　Defendants. | Case No. 4:17−CV−40011−TSH<br><br>Judge Timothy S. Hillman |

### STIPULATION FOR DISMISSAL

Given that Defendant Jennifer Toppin has paid the corresponding tax liabilities in full, it is hereby stipulated and agreed that Count IV of the above-entitled action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant Jennifer Toppin and the United states of America to bear their respective costs, including any possible attorneys' fees or other expenses associated with Count IV.

Date: May 30, 2018

Respectfully submitted,

JENNIFER TOPPIN

*/s/Eric J. Rietveld*[1]
Eric J. Rietveld
McMahon & Associates, PC
15th Floor
1 Financial Center
Boston, MA 02111
617-600-5400

Respectfully submitted,

UNITED STATES OF AMERICA

RICHARD E. ZUCKERMAN
Acting Assistant Attorney General

*/s/ Steven S. Tennyson*
STEVEN S. TENNYSON
Trial Attorney, Tax Division
U.S. Department of Justice

---

[1] Denotes that the signature was placed by government counsel on the foregoing document based upon the consent of that party.

| | |
|---|---|
| Email: eric@mcmahontaxlaw.com | P.O. Box 55, Ben Franklin Station |
| 212-965-4526 | Washington, DC  20044 |
| aheller@gsblaw.com | (202) 307-0872 |
| | Steven.Tennyson@usdoj.gov |

### **Certificate of Service**

I, Steven Tennyson, pursuant to D. Mass. Civ. L.R. 5.2(b), hereby certify that on this 4th day of May, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

A copy of the foregoing document was also served upon the following party who is not a registered CM/ECF participant, via First Class United States mail:

David L. Toppin
465 Salisbury St.
Holden, MA 01520

                                                    */s/Steven S. Tennyson*
                                                    Steven Tennyson
                                                    Trial Attorney, Tax Division
                                                    U.S. Department of Justice