## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>DAVID L. TOPPIN, JENNIFER TOPPIN, DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for RESIDENTIAL ASSET SECURITIZATION TRUST Series 2013-A14, MORTGAGE-PASS-THROUGH CERTIFICATES Series 2003-N, UPS CAPITAL BUSINESS CREDIT f/k/a FIRST INTERNATIONAL BANK, COMMONWEALTH OF MASSACHUSETTS, TOWN OF HOLDEN, TOWN OF AMHERST, and TOWN OF GARDNER<br><br>　　Defendants. | 4:17-CV-40011-TSH |

### **Appearance of Counsel**

　　To the Clerk of the Court and all parties of record: I am admitted or otherwise authorized to practice before this Court, and I appear in this case as counsel for Jennifer Toppin, the Defendant in the above-entitled action.

| | |
|---|---|
| Date: July 26, 2018 | /s/Ryan F. Tivnan<br>Ryan F. Tivnan, Esq.<br>BBO# 691623<br>McMahon & Associates, PC<br>One Financial Center, 15th Floor<br>Boston, MA 02111<br>Phone (617) 600-5400<br>Fax: (617) 284-6260<br>ryan@mcmahontaxlaw.com |

1

## Certificate of Service

I CERTIFY that service of the foregoing Notice of Appearance has been made on all counsel of record on July 26, 2018 by ECF. I have mailed a copy of the same to the following non-registered CM/ECF party via First Class United States Mail:

David L. Toppin
465 Salisbury Street
Holden, MA 01520

/s/Ryan F. Tivnan
Ryan F. Tivnan, Esq.
McMahon & Associates, PC