UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>DAVID L. TOPPIN, JENNIFER TOPPIN, DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for RESIDENTIAL ASSET SECURITIZATION TRUST Series 2013-A14, MORTGAGE-PASS-THROUGH CERTIFICATES Series 2003-N, UPS CAPITAL BUSINESS CREDIT f/k/a FIRST INTERNATIONAL BANK, COMMONWEALTH OF MASSACHUSETTS, TOWN OF HOLDEN, TOWN OF AMHERST, and TOWN OF GARDNER<br><br>    Defendants. | 4:17-CV-40011-TSH |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

    To the Clerk of the Court Please withdraw my appearance in this case as counsel for defendant, Jennifer Toppin.

Date: July 26, 2018                              /s/Eric J. Rietveld
                                                 Eric J. Rietveld, Esq.
                                                 BBO# 685105
                                                 McMahon & Associates, PC
                                                 1 Financial Center, 15th Floor
                                                 Boston, MA  02111
                                                 Phone: (617) 600-5400
                                                 Fax: (617) 284-6260
                                                 eric@mcmahontaxlaw.com

## Certificate of Service

      I CERTIFY that service of the foregoing Notice of Appearance has been made on all counsel of record on July 26, 2018 by ECF. I have mailed a copy of the same to the following non-registered CM/ECF party via First Class United States Mail:

David L. Toppin
465 Salisbury Street
Holden, MA 01520

                                  /s/Eric J. Rietveld
                                  Eric J. Rietveld, Esq.
                                  McMahon and Associates