IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No.  4:17-cv-40011-TSH |
| | ) | |
| Plaintiff, | ) | Judge Timothy S. Hillman |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID L. TOPPIN, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Appearance**

PLEASE TAKE NOTICE that Jeffrey N. Nuñez, Trial Attorney, Tax Division, United States Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044, (202) 616-5218, having returned from active duty with the United States Navy, enters his appearance for the United States in this action as co-counsel to Steven Tennyson, Esq.

Dated:  October 11, 2018

**FOR THE UNITED STATES OF AMERICA**

*/s/ Jeffrey N. Nuñez*
JEFFREY N. NUÑEZ
Trial Attorney, Tax Division
U.S. Department of Justice,
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone:     (202) 616-5218
Fax:              (202) 514-5238
Jeffrey.N.Nunez@usdoj.gov

**Certificate of Service**

  I, Jeffrey N. Nuñez, pursuant to D. Mass. Civ. L.R. 5.2(b), hereby certify that on October 11, 2018, I electronically filed the foregoing document via this Court's ECF system, which will send notice to all parties requesting notice through this Court's ECF system.

  A copy of the foregoing document was also served upon the following party who is not a registered CM/ECF participant, via First Class United States mail:

David L. Toppin
465 Salisbury St.
Holden, MA 01520

The United States submits that, under the circumstances, no other or further notice is required.

            */s/ Jeffrey N. Nuñez*
            JEFFREY N. NUÑEZ
            Trial Attorney, Tax Division
            U.S. Department of Justice