IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 4:17-cv-40011-TSH |
| | ) | |
| Plaintiff, | ) | Judge Timothy S. Hillman |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID L. TOPPIN, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**Entry of Default**

The defendant, David L. Toppin, having failed to plead or otherwise defend in this action and, upon the application of the plaintiff United States of America for entry of default for failure of defendant to plead or otherwise defend, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the defendant David L. Toppin be defaulted in this action.

Dated: _____                    _____
                                            Clerk of the Court