

Recording District: Palmer Recording District 311, Palmer, Alaska
Return To: Ralph Kermit Winterrowd 2ⁿᵈ
    P.O. Box 877109
    Wasilla, Alaska 99687

THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FORTHE RECORDING DATA.   THIS COVER SHEET APPEARS AS THE FIRST PAGE OFTHE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.

## <u>DO NOT DETACH</u>

## "United States of America is a sovereign body politic"

**GRANTOR:** Ralph Kermit Winterrowd 2ⁿᵈ, a citizen of Alaska domiciled in Alaska, one of the several States and "national of the United States as stated in 8 U.S.C. § 1101(22)(B) "a person who, though not a citizen of the United States, owes permanent allegiance to the United States.".

**GRANTEE:** To whom it may Concern.

  This is a List of the public records consisting of one hundred ten (110) Cases (108 were obtained from Westlaw and the last two cases consisting of Cases 109 and 110 were obtained from the public records in Pacer) that the "**United States of America**" has filed into "**United States District Court(s)**" in various locations in these United States claiming the following, "**United States of America is a sovereign body politic.**"

  These public records are self-authenticating under Evidence Rule 901(7) and Certified Copies can be obtained from the Palmer Recording District 311 by identifying the Certification No., specifying the number of copies and then enclose sufficient payment by sending your request for certified copies to:

Palmer Recording District
1800 Glenn Highway Suite 7
Palmer, Alaska 99645
9071-745-3080

## 1. Complaint
UNITED STATES OF AMERICA, Plaintiff, v. Samuel C. BLOUNT Jr. and Deborah L. Blount, Defendants. United States District Court, M.D. Florida, Tampa Division. June 05, 2012 No. 8:12 cv 1256 30 AEP. 2012 WL 4832897

Plaintiff, United States of America, by and through the undersigned counsel, complains and alleges as follows: 1. The United States brings this civil action to: (1) reduce to judgment...

...both Defendants reside in Sarasota County. PARTIES 5. Plaintiff, **the United States of America, is a sovereign body politic**. 6. Defendants Samuel C. Blount Jr. and Deborah L. Blount...

## 2. Complaint
UNITED STATES OF AMERICA, Plaintiff, v. Philip Miles BRESNAHAN, Defendant. United States District Court, M.D. Florida, Tampa Division. May 17, 2012 No. 8:12CV01104. 2012 WL 5211661

COMES NOW the United States of America, by and through its undersigned counsel, and complains and alleges as follows: 1. This is an action brought to reduce to judgment certain federal...

...taxpayer resides in Hillsborough County, Florida. Parties 4. The plaintiff **United States of America is a sovereign body politic**. 5. The defendant Philip Miles Bresnahan resides within Hillsborough County...

## 3. Answer, Cross-Claim, and Counterclaim
CCTS TAX LIENS I., L.L.C., Plaintiff, v. David F. CETTEI, Kathleen M. Cettei United States of America, Defendants, United States of America, Counterclaimant and Cross-claimant, v. CCTS Tax Liens I., L.L.C., Counterclaim defendant, David Cettei, Cross-claim defendant, Kathleen M. Cettei, Cross-claim defendant, Midland Funding LLC, Counterclaim defendant, New Jersey Motor Vehicles Commission, Counterclaim defendant, Crusader Servicing Corporation, United States District Court, D. New Jersey. January 19, 2012 No. 1:12-cv-00165-RMB-JS. 2012 WL 11774393

Defendant, the United States of America, by and through its attorneys, answers the numbered paragraphs of Plaintiff's amended complaint as follows: 1. The United States lacks sufficient...

...accrued in this district. PARTIES 5.Counterclaimant and crossclaimant **the United States of America is a sovereign body politic**. 6.Counterclaim defendant CCTS Tax Liens I, L.L.C. commenced this...

## 4. Amended Answer, Counterclaim, and Crossclaim
AEON FINANCIAL, LLC, Plaintiff, v. B&B SECURITY CONSULTANTS, INC. et al., Defendants. UNITED STATES OF AMERICA, Counterclaimant And Crossclaimant, v. AEON FINANCIAL, LLC, Counterclaim Defendant, B&B Security Consultants, Inc., Crossclaim Defendant, the District of Columbia, Crossclaim Defendant, ETS DC, LLC, Hmtr1, LLC, Wcp DC 23 Holdings LLC, c/o Corporation Service Company. United States District Court, District of Columbia. June 29, 2011 No. 11CV01125. 2011 WL 3604608

Defendant United States of America, incorrectly named as its agency, the Internal Revenue Service, answers Plaintiff's amended complaint as follows: This action is barred by sovereign...

...within this judicial district. PARTIES 19. Counterclaimant and crossclaimant **the United States of America is a sovereign body politic**. 20. Counterclaim defendant Aeon Financial, LLC, an Illinois limited liability...

## 5. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. Robert GIACOMELLI 272 Vitmar Place Park Ridge, New Jersey, 07675, Kelley Giacomelli 272 Vitmar Place Park Ridge, New Jersey, 07675, Wells Fargo Bank N.A. 25 Commerce Drive, 3d Fl. Cranford, New Jersey 07016, Bergen Anesthesia Associates 718 Teaneck Road Teaneck, New Jersey 07666. Defendants. United States District Court, D. New Jersey. September 21, 2010 No. 10CV04854. 2010 WL 6530901

PLAINTIFF, the United States of America, by and through its attorneys, complains of defendants as follows: 1. This a civil action in which the United States of America seeks to a) foreclose...

...issue arose in this judicial district. PARTIES 5. Plaintiff, __the United States of America, is a sovereign body politic__. 6. Defendant Robert Giacomelli has an address of 272 Vitmar...

## 6. Lamar's Answer to Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. Kevin Dee HEATERS, et al., Defendants. United States District Court, E.D. Tennessee., Northern Division May 24, 2010 No. 3:09-cv-253. 2010 WL 2827646

Comes now Defendant Lamar Tennessee, LLC ("Lamar"), by and through counsel, and in answer to the United States of America's Complaint for Federal Taxes, and states as follows: 1. Paragraph...

...licensed to do business in Tennessee. 4.Plaintiff/Counter-Defendant, __United States of America, is a sovereign body politic__. Pursuant to Federal Rule of Civil Procedure 4 , Plaintiff may...

## 7. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. Louis SAVARESE, Marcia SAVARESE, Defendants. United States District Court, D. New Jersey. February 03, 2010 No. 310CV00607. 2010 WL 1042882

1. This is a civil action in which the United States seeks to reduce to judgment unpaid federal trust fund recovery penalty assessments, made pursuant to 26 U.S.C. § 6672, against...

...in the District of New Jersey. PARTIES 5. Plaintiff, __the United States of America, is a sovereign body politic__. 6. Defendant Louis Savarese resides in Middlesex County, New Jersey...

## 8. United States of America's Third-Party Complaint

Randall WOODRUFF, Plaintiff and Counterclaim Defendant, v. UNITED STATES OF AMERICA, Defendant and Counterclaimant and Third-Party Plaintiff, v. Brian Brijbag, Third-Party Defendant. United States District Court, M.D. Florida., Tampa Division October 28, 2009 No. 8:09-cv-1507-T-26TBM. 2009 WL 4991452

The United States of America, pursuant to Rule 14(a) of the Federal Rules of Civil Procedure, brings this third-party complaint against Brian Brijbag, and alleges the following: 1. This...

...09-cv-1507-T-26TBM. 6.Third-party plaintiff, __the United States of America, is the sovereign body politic__, and is the defendant in this matter, 8:09-cv...

## 9. Complaint

UNITED STATES OF AMERICA, Plaintiff, v. John T. BOURGER, Defendant. United States District Court, M.D. Florida., Fort Myers Division October 27, 2009 No. 2:09-cv-709-FtM-29DNF. 2009 WL 4971643

COMES NOW the United States of America, by and through its undersigned counsel, A. Lee Bentley, III, Acting United States Attorney for the Middle District of Florida, and complains and...

...taxpayer resides in Lee County Florida. Parties 4.The plaintiff __United States of America is a sovereign body politic__. 5.The defendant John T. Bourger resides within Lee County...



### 10. Third-Party Complaint for Federal Taxes
Lloyd S. GREEN, Jr., Plaintiff, v. UNITED STATES OF AMERICA, Defendant and Third-Party Plaintiff, v. Lloyd S. Green, Sr., Third-Party Defendant. United States District Court, D. South Carolina, Greenville Division. October 06, 2009 No. 6:09-CV-1443-RBH. 2009 WL 5117878

DEFENDANT AND THIRD-PARTY PLAINTIFF, the United States of America, by and through its attorneys, for its third-party complaint against the third-party defendant herein, states and alleges...

...No. 6:09-CV-1443. 5. Third-party plaintiff, **the United States of America, is the sovereign body politic** and is the defendant in No. 6:09-CV-1443...

### 11. Complaint for Federal Taxes
UNITED STATES, Plaintiff, v. Jose A. Torres ORTIZ, Elba Rivera-Rodriguez, and Karen Barreda-Rivera, Defendants. United States District Court, D. Puerto Rico. August 28, 2009 No. 09CV01863. 2009 WL 5080671

Plaintiff, the United States, complains of the defendants as follows: 1. This is a civil action in which the United States seeks to reduce federal tax assessed pursuant to 26 U.S.C. § 6672...

...virtue of 28 U.S.C. § 1396 Parties 5. Plaintiff, **the United States of America, is the sovereign body politic**. 6. Defendant Jose A. Torres Ortiz ("Ortiz") resides within the...

### 12. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Kevin Dee HEATER, Krystal Dee Heater c/o Kevin Dee Heater, Lamar Tennessee, LLC d/b/a, Lamar Advertising of Knoxville, Serve: Capitol Corporate Services, Inc., Morristown Hamblen, Healthcare System, H & R Sign Company, Inc., Defendants. United States District Court, E.D. Tennessee., Northern Division June 10, 2009 No. 3:09-cv-253. 2009 WL 2817156

PLAINTIFF, the United States of America, by and through its attorneys, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment...

...H Rankin Road, Jefferson County, Tennessee. PARTIES 5.Plaintiff, **the United States of America, is a sovereign body politic**. 6.Defendant Kevin Dee Heater is the legal guardian of...

### 13. Third-Party Complaint for Federal Taxes
Beverly P. JOHNSTON, Plaintiff, v. UNITED STATES OF AMERICA, Defendant & Third-party Plaintiff, v. Thomas H. Presley, Third-party Defendant. United States District Court, S.D. Mississippi., Eastern Division May 29, 2009 No. 4:09-CV-37-DPJ-JCS. 2009 WL 7029717

DEFEDANT AND THIRD-PARTY PLAINTIFF, the United States of America, by and through its attorneys, for its third-party complaint against the third-party defendant herein, states and alleges as...

...No. 04:09 cv37DPJ-JCS. 5.Third-party plaintiff, **the United States of America, is the sovereign body politic** and is the defendant in Civil Action No. 04:09...

**14. Complaint for Federal Taxes**
UNITED STATES OF AMERICA, Plaintiff, v. Dennis R. REGISTER, Cola Galvin-Register, J.P. Morgan Chase, and Wachovia Bank, N.A., Defendants. United States District Court, E.D. Virginia., Norfolk Division April 14, 2009 No. 209CV00161. 2009 WL 1417770

PLAINTIFF, the United States of America, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal tax assessments against...

...virtue of 28 U.S.C. § 1396 PARTIES 5. Plaintiff, the United States of America, is the sovereign body politic. 6. Defendant, Dennis R. Register, resides in Chesapeake, Virginia, within...

**15. Complaint**
UNITED STATES OF AMERICA, Plaintiff, v. Alphonse WILLIAMS, Joan Williams Calvin H. Gibson, Robert Gold, Frederick Jameson, and the State of New Jersey, Defendants. United States District Court, D. New Jersey. March 30, 2009 No. 09CV01491. 2009 WL 7151161

PLAINTIFF, the United States of America, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal tax assessments against...

...virtue of 28 U.S.C. § 1396 PARTIES 5. Plaintiff, the United States of America, is the sovereign body politic. 6. Defendants Alphonse Williams and Joan Williams (the Williams defendants...

**16. Complaint for Federal Taxes**
UNITED STATES OF AMERICA, Plaintiff, v. James J. MULVENNA, Defendant. United States District Court, E.D. Pennsylvania. February 19, 2009 No. 09CV00750. 2009 WL 1069651

Plaintiff, United States of America, by and through its undersigned counsel, for its complaint against defendants alleges as follows: 1. This is a civil action brought by the United States...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, the United States of America, is the sovereign body politic. 6. Defendant James Mulvenna resides at 1873 Division Highway, Ephrata...

**17. Complaint**
UNITED STATES OF AMERICA, Plaintiff, v. Randal A. HOCKENSMITH Hanover, Pennsylvania Lagoon Management Fund Macclesfield, North Carolina, Defendants. United States District Court, M.D. Pennsylvania. February 18, 2009 No. 109CV00309. 2009 WL 1109412

PLAINTIFF, the United States of America, complains of the defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal tax assessments...

...virtue of 28 U.S.C. § 1396 Parties 5. Plaintiff, the United States of America, is the sovereign body politic. 6. Defendant, Taxpayer resides in Hanover, Pennsylvania, within the jurisdiction...

**18. Amended Complaint for Federal Taxes**
UNITED STATES OF AMERICA, Plaintiff, v. John R. FRANKLIN , Marcia L. FRANKLIN, Defendants. United States District Court, W.D. Pennsylvania. January 23, 2009 No. 208CV01135. 2009 WL 956659

Plaintiff, the United States of America, complains of the defendants as follows: 1. This civil action is brought by the United States of America to reduce to judgment federal tax...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, the United States of America, is the sovereign body politic. 6. Defendant, John R. Franklin, resides within the jurisdiction of...



### 19. Second Amended Complaint
UNITED STATES, Plaintiff, v. William B. GALLAGHER, Jr., Barbara A. Gallagher, Monmouth Ocean Collection, American Manufacturers Mutual Insurance Co., Sharon Sutton, Allen Sutton, and State of New Jersey, Defendants. United States District Court, D. New Jersey. January 14, 2009 No. 08-3729 (FLW). 2009 WL 7151160

PLAINTIFF, the United States of America, complains of defendants as follows: 1. This is a civil action in which the United States seeks to foreclose its federal tax liens against real...

...virtue of 28 U.S.C. § 1396 PARTIES 5.Plaintiff, **the United States of America, is the sovereign body politic**. 6.Defendants William B. Gallagher and Barbara A. Gallagher (the...


### 20. Amended Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Dawson LIM, Defendant. United States District Court, W.D. Pennsylvania. January 05, 2009 No. 208CV01137. 2009 WL 956661

The United States, through undersigned counsel, complains of Dawson Lim as follows: 1. This is a civil action in which plaintiff, the United States of America, seeks to reduce to judgment...

...of the Western District of Pennsylvania. Parties 5. Plaintiff, **the United States of America, is a sovereign body politic**. 6. Defendant Dawson Lim has an address of 309 Southvue...


### 21. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Reginald BROWN, WELLS FARGO BANK, Defendants. United States District Court, D. New Jersey. January 02, 2009 No. 209CV00006. 2009 WL 770442

PLAINTIFF, the United States of America, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal tax assessments against...

...virtue of 28 U.S.C. § 1396 PARTIES 5. Plaintiff, **the United States of America, is the sovereign body politic**. 6. Defendant, Reginald Brown, resides in Middlesex County, New Jersey...


### 22. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Louis A. TURITTO, Timothy F. Turitto, First Tennessee Bank, First State Bank, Blazer Financial Services, Inc., Mary Ann Bisconti, Glenda D. Gore, Defendants. United States District Court, E.D. Tennessee., Southern Division December 18, 2008 No. 1:08-cv-290. 2008 WL 8101381

PLAINTIFF, the United States of America, by and through its attorneys, complains as follows: 1. This is a civil action in which the United States seeks to reduce to judgment the Federal...

...is the district of Taxpayer's residence. PARTIES 5.Plaintiff, **the United States of America, is a sovereign body politic**. 6.Defendant Louis A. Turitto resides in Hixson, Tennessee, which...


### 23. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. David L. CHESSON, Jr., Gwyn G. Chesson, and Carolina Farm Credit, ACA, Defendants. United States District Court, M.D. North Carolina. December 08, 2008 No. 1:08-cv-883. 2008 WL 8137227

PLAINTIFF, the United States of America, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal tax assessments against...

...virtue of 28 U.S.C. § 1396 PARTIES 5.Plaintiff **the United States of America, is the sovereign body politic**. 6.Defendant David L. Chesson, Jr. resides in Davidson County...

WESTLAW © 2018 Thomson Reuters. No claim to original U.S. Government Works.

## 24. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Malcolm C. WINSPER, Barbara L. Winsper, and Fifth Third Bank, Defendants. United States District Court, W.D. Kentucky. December 03, 2008 No. 308CV00631. 2008 WL 6603973

PLAINTIFF, the United States of America, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal tax assessments against...

...virtue of 28 U.S.C. § 1396 PARTIES 5. Plaintiff, **the United States of America, is the sovereign body politic**. 6. Defendant, Malcolm C. Winsper, resides in Jefferson County, Kentucky...

## 25. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Eldridge A. COX, Defendant. United States District Court, W.D. Kentucky., (Bowling Green Division) September 11, 2008 No. 08CV00131. 2008 WL 8443806

PLAINTIFF, the United States of America, complains of defendant as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal tax assessments against...

...virtue of 28 U.S.C. § 1396 PARTIES 5. Plaintiff, **the United States of America, is the sovereign body politic**. 6. Defendant, Eldridge A. Cox, resides in Green County, Kentucky...

## 26. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Dawson LIM, Defendant. United States District Court, W.D. Pennsylvania. August 14, 2008 No. 08CV01137. 2008 WL 4524774

The United States, through undersigned counsel, complains of Dawson Lim as follows: 1. This is a civil action in which plaintiff, the United States of America, seeks to reduce to judgment...

...of the Western District of Pennsylvania. PARTIES 5. Plaintiff, **the United States of America, is a sovereign body politic**. 6. Defendant Dawson Lim has an address of 309 Southvue...

## 27. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. John R. FRANKLIN Marcia L. Franklin America's Servicing Company and Beneficial Finance, Defendants. United States District Court, W.D. Pennsylvania. August 14, 2008 No. 08CV01135. 2008 WL 4524772

Plaintiff, the United States of America, complains of the defendants as follows: 1. This civil action is brought by the United States of America to reduce to judgment federal tax...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, **the United States of America, is a sovereign body politic**. 6. Defendant, John R. Franklin, resides at 107 Quail Hollow...

## 28. Complaint for Damages Due to Fraudulent Transfer
UNITED STATES OF AMERICA, Plaintiff, v. Daniel T. FOLTZ, Defendants. United States District Court, W.D. Pennsylvania, Erie Division. August 12, 2008 No. 08-231. 2008 WL 4524320

PLAINTIFF, the United States of America, by and through its attorneys, complains of defendants as follows: 1. This is a civil action in which the United States seeks to foreclose its tax...

...issue arose in this judicial district. PARTIES 5. Plaintiff, **the United States of America, is a sovereign body politic**. 6. Defendant Daniel T. Foltz has an address of 131...



### 29. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. VON-RAY, INC., Defendant, Raymond H. FRIEND, Defendant, Yvonne T. FRIEND, Defendant. United States District Court, E.D. Pennsylvania. July 17, 2008 No. 208CV03350. 2008 WL 3916598

1. This is a civil action in which the United States seeks to reduce to judgment unpaid assessments of federal employment taxes and interest of defendant Von-Ray, Inc., and to establish the...

...in the Eastern District of Pennsylvania. PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendant Von-Ray, Inc. is a Pennsylvania corporation with...

### 30. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Terry KRESGE Sulay Kresge Elizabeth Longo Kresge and Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance, Defendants. United States District Court, E.D. Pennsylvania. May 15, 2008 No. 08CV02246. 2008 WL 2547656

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal...

...taxpayer defendants reside within this judicial district. PARTIES 5. Plaintiff United States of America is the sovereign body politic. 6. Defendant Terry Kresge resides at 1339 Millersville Pike, Lancaster...

### 31. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Michael CHAZEN, Defendant. United States District Court, D. New Jersey., Trenton Division May 14, 2008 No. 308CV02314. 2008 WL 4397661

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4. Plaintiff United States of America is the sovereign body politic. 5. Defendant Michael Chazen resides at 5 Andrea Court, Manalapan...

### 32. Complaint
UNITED STATES OF AMERICA, Plaintiff, v. David M. WILLIAMS and Wheeler Development, Inc., Defendants. United States District Court, E.D. North Carolina. March 03, 2008 No. 708CV00027. 2008 WL 2062641

PLAINTIFF, the United States of America, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal tax assessments against...

...virtue of 28 U.S.C. § 1396 PARTIES 5. Plaintiff, the United States of America, is the sovereign body politic. 6. Defendant, David M. Williams, resides within the jurisdiction of...

### 33. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Larry L. STULER and Pennsylvania Department of Revenue, Defendants. United States District Court, W.D. Pennsylvania. February 25, 2008 No. 08CV00273. 2008 WL 934588

Plaintiff, the United States of America, by and through its undersigned counsel, for its complaint against defendants alleges as follows: 1. This is a civil action brought by the United...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendant Larry L. Stuler resides in the real property...



WESTLAW © 2018 Thomson Reuters. No claim to original U.S. Government Works.

### 34. United States' Answer, Counterclaim and Cross-Claim
In Re Estate of James F. HALL Jr., Deceased. United States District Court, W.D. Pennsylvania. February 14, 2008 No. 2:08-cv-00032-DWA. 2008 WL 973812

RESPONDENT UNITED STATES, by its undersigned counsel, responds to the petition of petitioner Frank Habenicht, Administrator D.B.N.C.T.A, for the Estate of James F. Hall Jr. as follows: The...

...this Court pursuant to 28 U.S.C. § 1396 5. The United States of America is a sovereign body politic. 6. Counterclaim defendant Frank Habenicht is the duly appointed Administrator...

### 35. Complaint for Federal Taxes and to Foreclose Federal Tax Liens
UNITED STATES OF AMERICA, Plaintiff, v. Barry GLAUSER Elaine Glauser and Option One Mortgage Corp., Defendants. United States District Court, D. New Jersey. February 08, 2008 No. 08CV00714. 2008 WL 1729228

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4. Plaintiff United States of America is the sovereign body politic. 5. Defendants Barry Glauser and Elaine Glauser reside at 858...

### 36. Complaint for Federal Taxes
UNITED STATES, Plaintiff, v. Thomas P. ZEYER, Defendant. United States District Court, D. New Jersey. February 07, 2008 No. 08CV00690. 2008 WL 964348

Plaintiff, the United States, complains of the defendant as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal income tax assessments against...

...virtue of 28 U.S.C. § 1396 Parties 5. Plaintiff, the United States of America, is the sovereign body politic. 6. Defendant, Thomas P. Zeyer, resides within the jurisdiction of...

### 37. Complaint
UNITED STATES OF AMERICA, Plaintiff, v. Richard S. ABERLE, Defendant. United States District Court, N.D. Georgia., Newnan Division January 31, 2008 No. 3:08CV00010. 2008 WL 516924

The Plaintiff, United States of America ("United States"), complains and alleges as follows: 1. This civil action, which arises under the Internal Revenue Code, is brought by the United...

...within the jurisdiction of this Court. PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendant Richard S. Aberle resides in Fayette County, Georgia...

### 38. Amended Complaint for Federal Taxes
UNITED STATES, Plaintiff, v. Raymond H. FRIEND, Defendant. United States District Court, E.D. Pennsylvania. January 29, 2008 No. 2:07-cv-4364. 2008 WL 446665

1. This is a civil action in which the United States seeks to reduce to judgment unpaid assessments of federal employment taxes, interest, and penalties against defendant Raymond H. Friend....

...in the Eastern District of Pennsylvania. PARTIES 5.Plaintiff, the United States of America, is a sovereign body politic. 6.Defendant Raymond H. Friend resides within the Eastern District...



### 39. Second Amended Complaint

UNITED STATES OF AMERICA, Plaintiff, v. John A. KLAMO Sandra L. Klamo, Defendants. United States District Court, D. New Jersey. January 25, 2008 No. 1:06-cv-06021. 2008 WL 951518

Plaintiff, the United States of America, for its amended complaint against defendants alleges as follows: 1. This is a civil action brought by the United States of America for the purpose...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, <u>the United States of America, is a sovereign body politic</u>. 6. Defendants, John A. Klamo and Sandra L. Klamo, reside...

### 40. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. Donna STEIN Sheldon H. Stein Sovereign Bank Commonwealth of Pennsylvania Pennsylvania Department of Revenue Department 281061 Lower Merion Township and Har Zion Temple, Defendants. United States District Court, E.D. Pennsylvania. December 31, 2007 No. 2:07CV05529. 2007 WL 4933368

PLAINTIFF, the United States of America, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal tax assessments against...

...virtue of 28 U.S.C. § 1396 Parties 5.Plaintiff, <u>the United States of America, is the sovereign body politic</u>. 6.Defendants, Donna Stein and Sheldon H. Stein together own...

### 41. Third Party Complaint for Federal Taxes

Harry E. CRISCI, Plaintiff, v. UNITED STATES, Defendant & Third-Party Plaintiff, v. Carole L. McConnell, H. Brian Crisci, Third-party Defendants. United States District Court, W.D. Pennsylvania. December 11, 2007 No. 2:07-cv-1331 DSC. 2007 WL 4842546

DEFENDANT AND THIRD-PARTY PLAINTIFF, the United States of America, by and through its attorneys, for its third-party complaint against the third-party defendants herein, states and alleges...

...No. 2:07-cv-1331. 5. Third-party plaintiff, <u>the United States of America, is a sovereign body politic</u>, and is the defendant in No. 2:07-cv-1331...

### 42. Amended Complaint

UNITED STATES OF AMERICA,v Plaintiff, v. John A. KLAMO, Sandra L. Klamo, Defendants. United States District Court, D. New Jersey. November 30, 2007 No. 06-cv-06021. 2007 WL 4802410

Plaintiff, the United States of America, for its amended complaint against defendants alleges as follows: 1. This is a civil action brought by the United States of America for the purpose...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, <u>the United States of America, is a sovereign body politic</u>. 6. Defendants, John A. Klamo and Sandra L. Klamo, reside...

WESTLAW © 2018 Thomson Reuters. No claim to original U.S. Government Works.

### 43. Complaint

Gilbert KITILA, v. UNITED STATES OF AMERICA Serve: Michael B. Mukasay Attorney General U.S. Department of Justice and Rod J. Rosenstein U.S. Attorney - District of Maryland Office of U.S. Attorney. United States District Court, D. Maryland, Southern Division. November 19, 2007 No. 07CV03109. 2007 WL 4818970

Plaintiff, Gilbert Kitila, by his undersigned attorney, alleges as follows: 1. Plaintiff brings this action under §7422 and §6330 of the Internal Revenue Code (IRC) seeking a refund of...

...Briarcliff Manor Way, Burtonsville, Maryland 20866. 5. Defendant is the United States of America and a sovereign body politic. 6. This action is for the refund of a partial...

### 44. Complaint

UNITED STATES OF AMERICA, Plaintiff, v. Michael BALICE, Defendant. United States District Court, D. New Jersey. November 05, 2007 No. 07CV05326. 2007 WL 4901686

Plaintiff, United States of America, by and through its undersigned counsel, for its complaint against defendant alleges as follows: 1. This is a civil action brought by the United States...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, **the United States of America, is a sovereign body politic**. 6. Defendant Michael Balice (the Taxpayer) resides at 70 Maple...

### 45. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. Raymond H. FRIEND, Defendant. United States District Court, E.D. Pennsylvania. October 16, 2007 No. 07 4364. 2007 WL 4769449

1. This is a civil action in which the United States seeks to reduce to judgment unpaid assessments of federal employment taxes, interest, and penalties against defendant Raymond H. Friend....

...in the Eastern District of Pennsylvania. PARTIES 5. Plaintiff, **the United States of America, is a sovereign body politic**. 6. Defendant Raymond H. Friend resides within the Eastern District...

### 46. Complaint

UNITED STATES OF AMERICA, Plaintiff, v. Carol HUNERLACH, Emory C. Teel III, as trustee for the George R. Hunerlach Revocable Living Trust, Tracy L. Feld, Shelley A. Krause, and St. Lucie County Tax Collector, Defendants. United States District Court, S.D. Florida, Fort Pierce Division. October 16, 2007 No. 07-14315 CIV-MARTINEZ. 2007 WL 5081015

The Plaintiff, United States of America ("United States"), through R. Alexander Acosta, the United States Attorney for the Southern District of Florida, complains and alleges as follows: 1....

...within the Southern District of Florida. PARTIES 5. Plaintiff, **the United States of America, is a sovereign body politic**. 6. Defendant Carol Hunerlach resides in St. Lucie County, Florida...

### 47. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiffs, v. Stephen LEVY & Rhoda Levy, Defendants. United States District Court, E.D. Pennsylvania. October 09, 2007 No. 07 4210. 2007 WL 4761247

Plaintiff, the United States, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal income tax assessments against...

...virtue of 28 U.S.C. § 1396 Parties 5. Plaintiff, **the United States of America, is the sovereign body politic**. 6. Defendant, Stephen Levy, resides within the jurisdiction of this...



### 48. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Albert SALVADOR, M.D. Purificacion Salvador Patricia Brown Commonwealth of PA, Department of Revenue City of Philadelphia, Defendants. United States District Court, E.D. Pennsylvania. September 28, 2007 No. 07CV04096. 2007 WL 3084340

Plaintiff, United States of America, by and through its undersigned counsel, for its complaint against defendants alleges as follows: 1. This is a civil action brought by the United States...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, <u>the United States of America, is a sovereign body politic</u>. 6. Defendants, Albert and Purificacion Salvador, reside at 7402 Richards...

### 49. Amended Complaint
UNITED STATES OF AMERICA, Plaintiff, v. William S. TANCHAK and Linda L. Tanchak, Defendants. United States District Court, D. New Jersey. September 24, 2007 No. 07-1475 (FLW). 2007 WL 4673932

COMES NOW plaintiff United States of America, by and through undersigned counsel, and for its amended complaint alleges as follows: 1. This is a civil action in which the United States...

...of 28 U.S.C. § 1396 THE PARTIES 5. Plaintiff, <u>the United States of America, is the sovereign body politic</u>. 6. Defendant William S. Tanchak resides at 3 Hillside Terrace...

### 50. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. David O. WOOD, Mary Jane Wood, West Virginia Dept of Tax & Revenue, Defendants. United States District Court, S.D. West Virginia, Beckley Division. September 14, 2007 No. 5:07-0573. 2007 WL 4910594

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4. Plaintiff <u>United States of America is the sovereign body politic</u>. 5. Defendant David O. Wood resides at Rural Route 61...

### 51. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Patrick KANE, Kill Devil Hills, NC, Defendant. United States District Court, E.D. North Carolina. September 13, 2007 No. 2:07-cv-00035. 2007 WL 4713192

1. This is a civil action in which the United States seeks to reduce to judgment unpaid assessments of federal income taxes, interest, and penalties against defendant Patrick Kane. 2. This...

...the Eastern District of North Carolina. PARTIES 5. Plaintiff, <u>the United States of America, is a sovereign body politic</u>. 6. Defendant, Patrick Kane resides within the Eastern District of...

### 52. Complaint to Reduce Tax Assessments to Judgment
UNITED STATES OF AMERICA, Plaintiff, v. Lawrence A. HILTE, Jr., Defendant. United States District Court, D. Maryland. September 07, 2007 No. 07CV02381. 2007 WL 4581340

The United States of America, by and through its undersigned counsel, hereby complains of defendant as follows: 1. This is a civil action in which plaintiff, United States of America, seeks...

...pursuant to 28 U.S.C. § 1396 PARTIES 5. Plaintiff, <u>the United States of America, is a sovereign body politic</u>. 6. Defendant, Lawrence A. Hilte, Jr., is the taxpayer who...



### 53. Complaint to Reduce Tax Assessments to Judgment
UNITED STATES OF AMERICA, Plaintiff, v. Fred W. ALLNUTT, Defendant. United States District Court, D. Maryland. August 09, 2007 No. 07CV2123. 2007 WL 4581177

The United States of America, by and through its undersigned counsel, hereby complains of defendant as follows: 1. This is a civil action in which plaintiff, United States of America, seeks...

...pursuant to 28 U.S.C. § 1396 PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendant, Fred W. Allnutt, is the taxpayer who resides...

### 54. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Diane M. HARREL Wachovia Bank, Defendants. United States District Court, E.D. Pennsylvania. July 03, 2007 No. 07CV02782. 2007 WL 3088868

Plaintiff, United States of America, by and through its undersigned counsel, for its complaint against defendants alleges as follows: 1. This is a civil action brought by the United States...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendant Diane M. Harrel resides in the real property...

### 55. Third-party Complaint for Federal Taxes
JOHNSON, v. INTERNAL REVENUE SERVICE. United States District Court, D. Maryland. June 05, 2007 No. L- 06-350. 2007 WL 4682745

DEFENDANT AND THIRD-PARTY PLAINTIFF, the United States of America, for its third-party complaint against the third-party defendant herein, states and alleges as follows: 1. These claims are...

...plaintiff in No. 06-350. 5. Third-party plaintiff, the United States of America, is the sovereign body politic, and is the defendant in No. 06-350. 6. Third...

### 56. Third-Party Complaint for Federal Taxes
George M. VANICSKO, Plaintiff, v. UNITED STATES OF AMERICA, Defendant & Third-Party Plaintiff, v. Rosemary Vanicsko, Third-Party Defendant. United States District Court, E.D. Pennsylvania. May 31, 2007 No. 2:07-cv-01087 RBS. 2007 WL 1750362

DEFENDANT AND THIRD-PARTY PLAINTIFF, the United States of America, by and through its attorneys, for its third-party complaint against the third-party defendant herein, states and alleges...

...No. 2:07-cv-01087. 5.Third-party plaintiff, the United States of America, is the sovereign body politic, and is the defendant in No. 2:07-cv-01087...

### 57. Complaint
UNITED STATES OF AMERICA, Plaintiff, v. Keith SMITH, Defendant. United States District Court, D. New Jersey. May 11, 2007 No. 07CV02242. 2007 WL 4677400

Plaintiff, United States of America, by and through its undersigned counsel, for its complaint against defendant alleges as follows: 1. This is a civil action brought by the United States...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendant Keith Smith (the Taxpayer) resides at 19 Lincoln...

### 58. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Sheldon H. STEIN Donna Stein Sovereign Bank and Commonwealth of Pennsylvania, Defendants. United States District Court, E.D. Pennsylvania. May 02, 2007 No. 2:07CV01833. 2007 WL 1750406

PLAINTIFF, the United States of America, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal tax assessments against...

...virtue of 28 U.S.C. § 1396 PARTIES 5.Plaintiff, the United States of America, is the sovereign body politic. 6.Defendant, Sheldon H. Stein, owns the residence at 429...

### 59. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Vincent F. CIGNA, Geraldine Cigna, Defendants. United States District Court, D. New Jersey., Camden Division March 26, 2007 No. 1:07-cv-01366-RMB-AMD. 2007 WL 1853430

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal income...

...the internal revenue laws of the United States. 4.Plaintiff United States of America is the sovereign body politic. 5.Defendants Vincent F. Cigna and Geraldine Cigna reside at...

### 60. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Vincent F. TROCHECK and Rita Caruso Trocheck, Defendants, United States District Court, W.D. Pennsylvania. February 22, 2007 No. 07CV00233. 2007 WL 1092164

PLAINTIFF, the United States of America, by and through its attorneys, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment...

...defendants reside within this judicial district. PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendants, Vincent F. Trocheck and Rita Caruso Trocheck, reside...

### 61. Complaint to Enforce Internal Revenue Summons
UNITED STATES OF AMERICA, Plaintiff, v. John W. GIBSON, Defendant, United States District Court, W.D. Pennsylvania. February 21, 2007 No. 07CV00225. 2007 WL 1092161

PLAINTIFF, the United States of America, by and through its attorneys, complains of defendant as follows: 1. This proceeding is brought pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) to...

...liability accrued in this judicial district. PARTIES 4. Plaintiff, the United States of America, is a sovereign body politic. 5. Defendant, John W. Gibson, resides or is found at...

### 62. Third-Party Complaint for Federal Taxes
Barry D. CAHN, Barbara L. Cahn, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant & Third-party Plaintiff; v. Michael Cahn, Alesia Cahn, Third-party Defendants. United States District Court, E.D. Pennsylvania. January 18, 2007 No. 06-CV-02998. 2007 WL 514476

DEFENDANT AND THIRD-PARTY PLAINTIFF, the United States of America, by and through its attorneys, for its third-party complaint against the third-party defendants herein, states and alleges...

...in No. 06-CV-02998. 5. Third-party plaintiff, the United States of America, is the sovereign body politic, and is the defendant in No. 06-CV-02998. 6...

### 63. Corrected Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Jesse L. LOOT Sarah O. Loot Raleigh County National Bank West Virginia Dept of Tax & Revenue City of Oak Hill Raleigh County Sheriff's Office Fayette County Sheriff's Office, Defendants. United States District Court, S.D. West Virginia. January 18, 2007 No. 05-874. 2007 WL 4868734

.The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4. Plaintiff **United States of America is the sovereign body politic**. 5. Defendant Jesse L. Loot resides in Beckley, West Virginia...

### 64. Corrected Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Jesse L. LOOT, Sarah O. Loot, Raleigh County National Bank, West Virginia Dept of Tax & Revenue, City of Oak Hill, Raleigh County Sheriff's Office, Fayette County Sheriff's Office, Defendants. United States District Court, S.D. West Virginia. January 18, 2007 No. 05-874. 2007 WL 1848921

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4.Plaintiff **United States of America is the sovereign body politic**. 5.Defendant Jesse L. Loot resides in Beckley, West Virginia...

### 65. Complaint
UNITED STATES OF AMERICA, Plaintiff, v. Martin FEIGENSON, Defendant. United States District Court, D. New Jersey., Newark Division December 28, 2006 No. 2:06-cv-06272. 2006 WL 4226233

Plaintiff, United States of America, by and through its undersigned counsel, for its complaint against defendant alleges as follows: 1. This is a civil action brought by the United States...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5.Plaintiff, **the United States of America, is a sovereign body politic**. 6.Defendant Martin Feigenson (the Taxpayer) resides at 52 N...

### 66. Complaint
UNITED STATES OF AMERICA, Plaintiff, v. Howard DORIAN and Michelle Dorian, Defendants. United States District Court, D. New Jersey. December 27, 2006 No. 2:06-cv-6239. 2006 WL 4226228

Plaintiff, United States of America, by and through its undersigned counsel, for its complaint against defendants alleges as follows: 1. This is a civil action brought by the United States...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5.Plaintiff, **the United States of America, is a sovereign body politic**. 6.Defendants Howard Dorian and Michelle Dorian (the Taxpayers) reside...

### 67. Amended Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Irene A. MCGRATH, Defendant. United States District Court, D. New Jersey. December 26, 2006 No. 05-cv-4397-AET-TJB. 2006 WL 4026422

.The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4. Plaintiff **United States of America is the sovereign body politic**. 5. Defendant Irene Mcgrath resides at 511 Sunset Drive South...

WESTLAW © 2018 Thomson Reuters. No claim to original U.S. Government Works.

## 68. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Joseph O'DONNELL & Fortura O'Donnell, Defendants. United States District Court, D. New Jersey. December 21, 2006 No. 06CV06143. 2006 WL 4031364

The United States of America, by and through its undersigned counsel, hereby complains of the defendants as follows: 1. This is a civil action in which plaintiff, United States of America,...

...pursuant to 28 U.S.C. § 1396 PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendants, Joseph O'Donnell and Fortura O'Donnell, are the taxpayers...

## 69. Complaint
UNITED STATES OF AMERICA, Plaintiff, v. John A. KLAMO, Sandra L. Klamo, Defendants. United States District Court, D. New Jersey. December 15, 2006 No. 06CV06021. 2006 WL 4031172

Plaintiff, United States of America, by and through its attorneys, for its complaint against defendants alleges as follows: 1. This is a civil action brought by the United States...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendants, John A. Klamo and Sandra L. Klamo, reside...

## 70. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Richard L. GIDWITZ, Defendant. United States District Court, E.D. North Carolina. December 07, 2006 No. 06-503. 2006 WL 4025329

1. This is a civil action in which the United States seeks to reduce to judgment unpaid assessments of federal income taxes, interest, and penalties against defendant Richard L. Gidwitz...

...the Eastern District of North Carolina. PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendant Richard L. Gidwitz resides within the Eastern District...

## 71. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Wilfred W. BURGART and Anna Burgart, Defendants. United States District Court, W.D. Pennsylvania. November 15, 2006 No. 06CV01524. 2006 WL 3880218

PLAINTIFF, the United States of America, by and through its attorneys, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment...

...defendants reside within this judicial district. PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendants, Wilfred W. and Anna Burgart, reside at 99...

## 72. Amended Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Robert M. HOYT, and, Sandra S. Hoyt, and, Sandra S. Hoyt, Trustee of the, Sandra S. Hoyt Qualified, Personal Residence Trust U/A, and, Sandy Spring Bank, Inc., Defendants. United States District Court, D. Maryland, Northern Division. September 20, 2006 No. L06CV2304. 2006 WL 5162892

PLAINTIFF, the United States of America, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment federal tax assessments against...

...virtue of 28 U.S.C. § 1396 PARTIES 5. Plaintiff, the United States of America, is the sovereign body politic. 6. Defendant, Robert M. Hoyt, resides within the jurisdiction of...



### 73. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. Gary E. ZINKON RR 1 Box 885 Fayetteville, West Virginia 25340 and Grant Zinkon d/b/a E and E Ventures P.O. Box 266 Oak Hill, West Virginia 25901 and Britton Engineering Inc. 2005 Webster Road Summersville, West Virginia 26651, Defendant. United States District Court, S.D. West Virginia, Beckley Division. September 20, 2006 No. 5:06-0726. 2006 WL 3879934

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4. Plaintiff <u>United States of America is the sovereign body politic</u>. 5. Defendant Gary E. Zinkon resides at RRR 1, Fayetteville...

### 74. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. Charles A. ATKINS, Defendant. United States District Court, E.D. North Carolina., Western Division September 13, 2006 No. 06-369: 2006 WL 3296753

1. This is a civil action in which the United States seeks to reduce to judgment unpaid assessments of federal income taxes, interest, and penalties against defendant Charles A. Atkins. 2....

...the Eastern District of North Carolina. PARTIES 5.Plaintiff, <u>the United States of America. is a sovereign body politic</u>. 6.Defendant, Charles A. Atkins resides within the Eastern District...

### 75. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. BEVERLY PRESTON RAPPAPORT, Executor of the Estate of Howard B. Rappaport Beverly Preston Rappaport, State of New Jersey Division of Taxation, Defendants. United States District Court, D. New Jersey., Newark Division August 31, 2006 No. 2:06-cv-04128. 2006 WL 3296550

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4.Plaintiff <u>United States of America is the sovereign body politic</u>. 5.Defendant Beverly Preston Rappaport is the executor of the...

### 76. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. Charles F. SANFORD and Jeanette M. Sanford RR 1 Box 225-C Davey Hill Road Youngsville, PA 16371, Defendants. United States District Court, W.D. Pennsylvania. August 11, 2006 No. 06CV01074. 2006 WL 2825075

PLAINTIFF, the United States of America, by and through its attorneys, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment...

...defendants reside within this judicial district. PARTIES 5.Plaintiff, <u>the United States of America. is a sovereign body politic</u>. 6.Defendants, Charles F. Sanford and Jeanette M. Sanford, reside...

## 77. Complaint

UNITED STATES OF AMERICA, Plaintiff, v. Danny WEAVER, 3943 East Ridge Drive Nashville, TN 37211, Defendant. United States District Court, M.D. Tennessee. June 22, 2006 Civil No. 06CV00269. 2006 WL 2301744

Plaintiff, United States of America, by and through its undersigned counsel, for its complaint against defendant alleges as follows: 1. This is a civil action brought by the United States...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5.Plaintiff, the United States of America, is a sovereign body politic. 6.Defendant Danny Weaver resides at 3943 East Ridge Drive...

## 78. Complaint

UNITED STATES, Plaintiff, v. John F. CONLEY, 2804 Edwards Way Pittsburgh, PA 15203, Paul Hoffman, 1621 Pine Hollow Road McKees Rocks, PA 15136, McKees Rocks Borough, 340 Bell Avenue McKees Rocks, PA 15136, Allegheny County, c/o John K. Weinstein, Treasurer 436 Grant Street, Room 108 Pittsburgh, PA 15219-2497, Sto-Rox School District, 19 May Avenue McKees Rocks, PA 15136, Kennedy Township, 340 Forest Grove Road Coraopolis, PA 15108, Defendants. United States District Court, W.D. Pennsylvania. June 21, 2006 Civil No. 06CV00823. 2006 WL 2306330

Plaintiff, United States of America, by and through its undersigned counsel, for its complaint against defendants alleges as follows: 1. This is a civil action brought by the United States...

...§§ 1391(b) and 1396 (1994) PARTIES 5.Plaintiff, the United States of America, is a sovereign body politic. 6.Defendant John F. Conley resides at 2804 Edwards Way...

## 79. Third-Party Complaint for Federal Taxes

Jack M. HOROVITZ, Plaintiff, v. UNITED STATES, Defendant and Third party plaintiff, v. Jack T. Constantino 330 Hays Road, Pittsburgh, PA 15241-1825, Third party defendant. United States District Court, W.D. Pennsylvania. May 10, 2006 No. 2:06-cv-279. 2006 WL 1813077

DEFENDANT AND THIRD-PARTY PLAINTIFF, the United States of America, by and through its attorneys, for its third-party complaint against the third-party defendant herein, states and alleges...

...in 2:06-cv-279. 5.Third-party plaintiff, the United States of America, is the sovereign body politic, and is the defendant in 2:06-cv-279. 6...

## 80. Third-Party Complaint for Federal Taxes

Charles B. ERWIN, Plaintiff, v. UNITED STATES OF AMERICA, Defendant and Third-party Plaintiff; v. Stephen C. Coggin, 4456 Piedmont Trace Dr. Greensboro, NC 27409-9200, Third-party Defendant; William G. Pintner, 839 Shoal Creek Trail Chesapeake, VA 23320-9411, Third-party Defendant; James Barry Light, 729 Park Avenue New Martinsville, WV 26155-2429, Third-party Defendant; Hartsell B. LIGHT, Jr., 336 McEldowney Avenue New Martinsville, WV 26155-1948, United States District Court, M.D. North Carolina. April 21, 2006 No. 1:06-cv-00059. 2006 WL 1441934

DEFENDANT AND THIRD-PARTY PLAINTIFF, the United States of America, by and through its attorneys, for its third-party complaint against the third-party defendants herein, states and alleges...

...in 1:06-cv-00059. 5.Third-party plaintiff, the United States of America, is the sovereign body politic, and is the defendant in 1:06-cv-00059. 6...

### 81. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Joseph ROSANIA & Joanne Rosania, Defendants. United States District Court, D. New Jersey. April 12, 2006 No.06CV01734. 2006 WL 1452049

The United States of America, by and through its undersigned counsel, hereby complains of the Defendants as follows: 1. This is a civil action in which plaintiff, United States of America,...

...pursuant to 28 U.S.C. § 1396 PARTIES 5. Plaintiff, <u>the United States of America, is a sovereign body politic</u>. 6. Defendants, Joseph Rosania and Joanne Rosania, are the taxpayers...


### 82. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. David A. MCRAE and Donna M. Barbaro, Defendants. United States District Court, W.D. Pennsylvania. March 29, 2006 No. 06CV00416. 2006 WL 5304007

PLAINTIFF, the United States of America, by and through its attorneys, complains of defendants as follows: 1. This is a civil action in which the United States seeks to reduce to judgment...

...defendants reside within this judicial district. PARTIES 5. Plaintiff, <u>the United States of America, is a sovereign body politic</u>. 6. Defendants, David A. McRae and Donna M. Barbaro, reside...


### 83. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Ocie CUSAAC, Defendant. United States District Court, D. New Jersey, Camden Division. March 16, 2006 No. 06CV01231. 2006 WL 5201099

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain trust...

...the internal revenue laws of the United States. 4. Plaintiff <u>United States of America is the sovereign body politic</u>. 5. Defendant Ocie Cusaac resides at 2315 Garwood Road, Erial...


### 84. Third party Complaint for Federal Taxes
Patrick L. CAFFREY and Paula Caffrey, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant, v. David M. Richards 365 Holiday Lane Lewistown, PA 17044-1239-658, Third-party Defendant. United States District Court, W.D. Pennsylvania. February 27, 2006 No. 2:05-cv-1721 TFM. 2006 WL 825684

Defendant and third-party plaintiff the United States of America, by and through its attorneys, for its third-party complaint against the third-party defendant herein, states and alleges as...

...No. 2:05-cv-1721. 5.Third-party plaintiff, <u>the United States of America, is the sovereign body politic</u>, and is the defendant in No. 2:05-cv-1721...


### 85. Third Party Complaint for Federal Taxes
Darlene A. BILLICK, Plaintiff, v. UNITED STATES, Defendant & Third-party Plaintiff, v. Joseph C. Griffith 1725 Ellsworth Ave Carnegie, PA 15106-3908, Third-party Defendant. United States District Court, W.D. Pennsylvania. January 09, 2006 No. 2:05-cv-1537 TMH. 2006 WL 506638

Defendant and Third-party Plaintiff, the United States of America, by and through its attorneys, for its third-party complaint against the third-party defendant herein, states and alleges...

...in No. 05-cv-1537. 5.Third-party Plaintiff, <u>the United States of America, is the sovereign body politic</u>, and is the

defendant in No. 05-cv-1537. 6...

## 86. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. Jesse L. LOOT 100 Greenwood Drive Beckley, West Virginia 25801-2316 Sarah O. Loot 100 Greenwood Drive Beckley, West Virginia 25801-2316 Raleigh County National Bank 129 Main Street Beckley, West Virginia 25801 West Virginia Dept of Tax & Revenue 205 W. Pike Street Clarksburg, West Virginia 26301 City Of Oak Hill 100 Kelley Avenue Oak Hill, West Virginia 25901 Raleigh County Sheriff's Office 214 Main Street County Courthouse Beckley, West United States District Court, S.D. West Virginia. November 02, 2005 No. 5:05-0874. 2005 WL 3321690

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4.Plaintiff **United States of America is the sovereign body politic.** 5.Defendant Jesse L. Loot resides in Beckley, West Virginia...

## 87. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. Buddy L. EVICK HC 61, Box 17 Franklin, WV 26807 Blue Grass Valley Bank 6 Main Street P.O. Box 6 Blue Grass, VA 24413 Pendleton County Sheriff's Office Corner of Main & Walnut Streets P.O. Box 687 Franklin, WV 26807 John B. Dale 731 Park Avenue Naples, FL 34110-1509 Buck Ridges, Inc. P.O. Box 340 Franklin, WV 26807, Defendants. United States District Court, N.D. West Virginia. September 12, 2005 No. 2:05CV68. 2005 WL 2886526

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4.Plaintiff **United States of America is the sovereign body politic.** 5.Defendant Buddy L. Evick resides in Franklin, WV 26807...

## 88. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. Mario CARDONA and Drema Mercer Cardona 138 Deerwood Lane Princeton, WV 24740, Defendant. United States District Court, S.D. West Virginia. May 20, 2005 Civil No. 1:05-0422. 2005 WL 1575815

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4.Plaintiff **United States of America is the sovereign body politic.** 5.Defendants Mario Cardona and Drema Mercer Cardona reside at...

## 89. Complaint

UNITED STATES OF AMERICA, Plaintiff, v. Richard H. GOODE, Eleanor S. Goode, Defendants. United States District Court, D. New Jersey. February 16, 2005 No. 05CV00958. 2005 WL 514312

Plaintiff, United States of America, by and through its undersigned counsel, for its complaint against defendants alleges as follows: 1. This is a civil action brought by the United States...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, **the United States of America, is a sovereign body politic.** 6. Defendant, Richard H. Goode, is an individual and resident...



WESTLAW © 2018 Thomson Reuters. No claim to original U.S. Government Works.

## 90. Complaint for Federal Taxes
UNITED STATES OF AMERICA, Plaintiff, v. Paul A. KOVACH a. Wheeling, WV 26003, Defendant. United States District Court, N.D. West Virginia. January 13, 2005 Civil No. 5:05-CV-4. 2005 WL 1172962

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4.Plaintiff United States of America is the sovereign body politic. 5.Defendant Paul A. Kovach resides at ?? a. ??, Wheeling, WV...

## 91. Answer of United States and Commissioner, Internal Revenue Service, to First Amended Interpleader Complaint, and United States' Cross-Claims and Counterclaims
Kim A. FELLENZ, an individual, Plaintiff, v. LOMBARD INVESTMENT CORP.; United States of America Commissioner, Internal Revenue Service; Michael Lombardi, an individual; Marion Linda Lombardi a/k/a Linda Lombardi an individual; and Terry Falcone, Executrix for Estate of Kenneth Lombardi, Defendants. United States District Court, D. New Jersey. January 11, 2005 Civil No. 04-03992(GEB). 2005 WL 3629706

DEFENDANTS UNITED STATES OF AMERICA and COMMISSIONER, INTERNAL REVENUE SERVICE, by their undersigned attorneys, and jointly respond to the First Amended Interpleader Complaint (hereinafter...

...28 U.S.C. Sections 1391(b) and 1396 PARTIES 5.The United States of America is a sovereign body politic. 6.Defendant Linda Lombardi, a/k/a Marion Linda Lombardi...

## 92. Complaint to Reduce Tax Assessments to Judgment
UNITED STATES OF AMERICA, Plaintiff, v. Morton SARUBIN 110 W. 39th Street Baltimore, Maryland 21210, Defendant. United States District Court, D. Maryland. 2005 Civil No. Civ. No. 05CV01501. 2005 WL 1787953

The United States of America, by and through its undersigned counsel, hereby complains of defendant as follows: 1. This is a civil action in which plaintiff, United States of America, seeks...

...pursuant to 28 U.S.C. § 1396 PARTIES 5.Plaintiff, the United States of America, is a sovereign body politic. 6.Defendant, Morton Sarubin, is the taxpayer who resides at...

## 93. Complaint
UNITED STATES OF AMERICA, Plaintiff, v. William B. GALLAGHER, Jr., and Barbara A. Gallagher, Defendants. United States District Court, D. New Jersey. December 16, 2004 No. 04-CV-06179. 2004 WL 3114642

PLAINTIFF, United States of America, by and through its undersigned counsel, for its complaint against defendants alleges as follows: 1. This is a civil action brought by the United States...

...U.S.C. §§ 1391(b) and 1396 PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendant William B. Gallagher, Jr., is an individual and...

**94. Answer of United States and Commissioner, Internal Revenue Service, to First Amended Interpleader Complaint, and United States' Cross-Claims and Counterclaims**
Kim A. FELLENZ, an individual, Plaintiff, v. LOMBARD INVESTMENT CORP.; United States of America; Commissioner, Internal Revenue Service; Michael Lombardi, an individual; Marion Linda Lombardi a/k/a Linda Lombardi an individual; and Terry Falcone, Executrix for Estate of Kenneth Lombardi, Defendants. United States District Court, D. New Jersey. December 14, 2004 Civil No. 04-03992(GEB). 2004 WL 3647267

. DEFENDANTS UNITED STATES OF AMERICA and COMMISSIONER, INTERNAL REVENUE SERVICE, by their undersigned attorneys, and jointly respond to the First Amended Interpleader Complaint (hereinafter...

...28 U.S.C. Sections 1391(b) and 1396 PARTIES 5.The United States of America is a sovereign body politic. 6.Defendant Linda Lombardi, a/k/a Marion Linda Lombardi...


**95. United States' Complaint**
UNITED STATES OF AMERICA, Plaintiff, v. Linda LOMBARDI; Michael Lombardi, Terry Falcone; New Deal Plumbing and Heating Supply Co., Inc.; Lombard Investment Corp.; Carhart & Lombardi; and Kim Fellenz, Defendants. United States District Court, D. Nebraska. December 13, 2004 Civil No. 04cv06105. 2004 WL 3023098

.PLAINTIFF, the United States of America, by and through its undersigned attorneys, for its Complaint against defendants alleges as follows: 1. This is a civil action brought by plaintiff,...

...U.S.C. § 1391(b) and 1396 PARTIES 5.Plaintiff, the United States of America, is a sovereign body politic. 6.Defendant Linda Lombardi, a/k/a Marion Linda Lombardi...


**96. Complaint to Reduce Tax Assessments to Judgment**
UNITED STATES OF AMERICA, Plaintiff, v. Girard A. MIRABILE, Defendant. United States District Court, D. New Jersey. November 19, 2004 No. 04-5721(WGB). 2004 WL 2983168

The United States of America, by and through its undersigned counsel, hereby complains of defendant as follows: 1. This is a civil action in which plaintiff, United States of America, seeks...

...pursuant to 28 U.S.C, 5 1396 PARTIES 5. Plaintiff, the United States of America, is a sovereign body politic. 6. Defendant, Girard A. Mirabile, is the taxpayer who resides...


**97. Complaint for Federal Taxes**
UNITED STATES OF AMERICA, Plaintiff, v. Horace E. GROFF, 245 Blair Avenue Reading, Pennsylvania, 19601, Defendant. United States District Court, E.D. Pennsylvania. October 06, 2004 Civ. No. 04CV04702. 2004 WL 2597674

.PLAINTIFF, the United States of America, by and through its attorneys, complains of defendant as follows: 1. This is a civil action in which the United States seeks to reduce to judgment...

...defendant resides within this judicial district. PARTIES 5.Plaintiff, the United States of America, is a sovereign body politic. 6.Defendant, Horace E. Groff, resides at 245 Blair Avenue...



## 98. Third-Party Complaint for Federal Taxes

Jean WOOLMAN, Plaintiff, v. UNITED STATES OF AMERICA, Defendant and Third-Party Plaintiff, v. Alan Ottenstein, 173 Mount Eyre Rd. Washington Crossing, Pennsylvania, Third-Party Defendant. United States District Court, E.D. Pennsylvania. July 07, 2004 No. 2:04-cv-2091. 2004 WL 2696032

The United States of America, defendant and third-party plaintiff, by and through undersigned counsel, pursuant to Fed. R.Civ.P. 14, for its third-party complaint, states as follows: 1.

...No. 2:04-cv-2091. 5.Third-party plaintiff, **the United States of America. is the sovereign body politic**, and is the defendant in No. 2:04-cv-2091...

## 99. Answer and Counterclaim

Jean WOOLMAN, Plaintiff, v. United States, Defendant. United States District Court, E.D. Pennsylvania. July 07, 2004 No. 2:04-cv-2091. 2004 WL 2696022

The United States of America, through undersigned counsel, responds to Plaintiff's complaint as follows: 1. Defendant admits the allegations of ¶ 1. 2. Defendant admits the allegations of ¶...

...No. 2:04-cv-2091. 5.Third-party plaintiff, **the United States of America. is the sovereign body politic**, and is the defendant in No. 2:04-cv-2091...

## 100. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. Richard J. WINIEWICZ, and Dolores H. Winiewicz, Defendants. United States District Court, M.D. Pennsylvania. June 30, 2004 No. 3:04-cv-1410. 2004 WL 2277397

The United States of America, by its undersigned attorneys, for its cause of action states and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to...

...defendants reside within this judicial district. PARTIES 5.Plaintiff, **the United States of America. is a sovereign body politic**. 6.Defendant Richard J. Winiewicz resides at 27 S. Beech...

## 101. Third-Party Complaint

Christopher K. BAYNUM, et ux., Plaintiffs, v. UNITED STATES, Defendant & Third-party Plaintiff, v. Gary W. Collier 28 Pentland Place Ft. Thomas, Kentucky, Third-party Defendant. United States District Court, E.D. Kentucky. May 25, 2004 No. 3:03-cv-199. 2004 WL 3364722

DEFENDANT AND THIRD-PARTY PLAINTIFF, the United States of America, by and through its attorneys, for its third-party complaint against the third-party defendant herein, states and alleges...

...No. 3:03-cv-199. 5.Third-party plaintiff, **the United States of America. is the sovereign body politic**, and is the defendant in No. 3:03-cv-199...

## 102. Complaint

UNITED STATES OF AMERICA, Plaintiff, v. Adhemar W. RENUART, IV, Theresa P. Renuart, Kenneth W. Dean, Defendants. United States District Court, M.D. North Carolina. May 21, 2004 No. 1:04CV00460. 2004 WL 2302660

1. This is a civil action in which the United States seeks to reduce to judgment unpaid assessments of federal income taxes, interest, and penalties against defendant Adhemar W. Renuart,...

...the Middle District of North Carolina. PARTIES 5.Plaintiff, **the United States of America. is a sovereign body politic**. 6.Defendant, Adhemar Renuart resides within the Middle District of...



## 103. Complaint for Federal Taxes

UNITED STATES OF AMERICA, Plaintiff, v. William A. McGARRY 119 Eagle Farm Road Chester Springs, PA. 19480 Nancy McGarry 119 Eagle Farm Road Chester Springs, PA. 19480 Fay S. McGarry 395 Little Conestoga Road Dowingtown, Pa. 19138 Tax Claim Bureau Chester County c/o Anthony Morris 304 W. High Street West Chester, PA 19380 Commonwealth of Pennsylvania Department of Revenue c/o Kenneth Henderson Deputy Chief Counsel Office of Chief Counsel 4th and Walnut Streets United States District Court, E.D. Pennsylvania. March 16, 2004 No. 04CV01134. 2004 WL 2695308

The United States of America, through undersigned counsel, complains and alleges as follows: 1. This is a civil action in which the United States seeks to reduce to judgment certain federal...

...the internal revenue laws of the United States. 4.Plaintiff <u>United States of America is the sovereign body politic</u>. 5.Defendant William A. McGarry resides at 119 Eagle Farm...

## 104. Complaint

UNITED STATES OF AMERICA, Plaintiff, v. JAMES N. & Joan T. Ryerson 62 Wardell Circle Oceanport, NJ 07757 Defendants. United States District Court, D. New Jersey. 2004 No. 04-290 (SRC). 2004 WL 2558934

The United States of America, by and through its undersigned counsel, hereby complains of defendants as follows: 1. This is a civil action in which plaintiff, United States of America,...

...pursuant to 28 U.S.C. § 1396 PARTIES 5. Plaintiff, <u>the United States of America, is a sovereign body politic</u>. 6. Defendants, James N. and Joan T, Ryerson, are the...

## 105. Complaint

UNITED STATES OF AMERICA, Plaintiff, v. Herman E. GREER P.O. Box 535 Sapphire, NC 28774, Herman E. Greer, Trustee Greer Farm Trust P.O. Box 535 Sapphire, NC 28744, Helen G. McKinney 50 US Highway, 64 West Sapphire, NC 28774, Helen G. McKinney Executrix, Estate of Elise Greer 50 US Highway, 64 West Sapphire, NC 28774; State of North Carolina 501 N. Wilmington Street Raleigh, NC 27604, Transylvania County 12 East Main Street Brevard, NC 28712, Lisa Greer Whitmire 101 United States District Court, W.D. North Carolina. September 03, 2003 Civil No. 1:03cv223. 2003 WL 23874937

1. This is a civil action in which the United States seeks to reduce to judgment unpaid assessments of federal income taxes, interest, and penalties against defendant Herman E. Greer, to...

...the Western District of North Carolina. PARTIES 5.Plaintiff, <u>the United States of America, is a sovereign body politic</u>. 6.Defendant, Herman E. Greer, resides within the Western District...

## 106. Complaint for Federal Taxes 26 U.S.C. || 7401 & 7402

UNITED STATES OF AMERICA, Plaintiff, v. James V. WELLS Inmate No.16297-056 Federal Correctional Institute P.O. Box 1000 Butner, North Carolina 27509, Defendant. United States District Court, E.D. North Carolina. March 18, 2003 Civil No. 5:03-CV-198-BR(3). 2003 WL 23789501

Plaintiff, United States of America, by and through its undersigned attorneys, for its complaint against the defendant James V. Wells ("Wells") alleges as follows: 1. This is a civil action...

...Court pursuant to 28 U.S.C. § 1396 5.Plaintiff, <u>the United States of America, is a sovereign body politic</u>. 6.Defendant Wells is currently a resident of the State...

**107. Complaint**
UNITED STATES OF AMERICA, Plaintiff, v. Stephen E. BISHOP f/d/b/a Rays Leisure Time Shop, and Mary Ann Bishop, 126 Wandering Street Beaver, West Virginia 25813, and West Virginia Bureau of Employment Programs c/o John H. Kozak, Director, Legal Services Division P.O. Box 3922 Charleston, W.Va. 25339-3922 and West Virginia Department of Tax and Revenue, c/o Douglas Kilmer P.O. Box 3694 Charleston, W.Va. 25305, Defendants. United States District Court, S.D. West Virginia. December 03, 1996 Civil Action No. 5:96-2057. 1996 WL 33671221

The United States, plaintiff herein, alleges the following for its complaint: 1. This is a civil action in which the United States seeks to reduce to judgment a federal income tax...

...on is located in Raleigh County, West Virginia. 6.Plaintiff, United States of America, is a sovereign body politic. 7.Defendant, Stephen E. Bishop (hereinafter referred to as the...

**108. Complaint to Recover Erroneous Tax Refunds**
UNITED STATES OF AMERICA, Plaintiff, v. Dominick LAROSA and Catherine Larosa, Defendants. United States District Court, D. Maryland. March 29, 1996 Nos. 97-2782, DK 0:96 980. 1996 WL 33672607

The United States of America, by and through its undersigned counsel, hereby complains of defendants Dominick and Catherine LaRosa as follows: 1. This is a civil action in which the United...

...Court pursuant to 28 U.S.C. § 1396 PARTIES 5. Plaintiff United States of America is a sovereign body politic. 6. Defendants Dominick and Catherine LaRosa (the LaRosas) are residents...

**109. Complaint Liable for Federal Income Taxes**
UNITED STATES OF AMERICA, Plaintiff v. James E. MACALPINE, Defendant. United States District Court, Western District of North Carolina. February 25, 2014 Case No. 1-13-cv-53.

PLAINTIFF, the United States of America, complains of defendant as follows: 1. This is a civil action in which the United States seeks a judgment against the defendant James E. MacAlpine for income taxes for his 1999, 2000, 2002, 2003, 2004, 2005 and 2006 tax years. . . .

4. Venue is proper in this Court by virtue of 28 U.S.C. § 1396. 5. Plaintiff, United States of America, is a sovereign body politic. 6. Defendant James E. MacAlpine resides within the jurisdiction of this Court.

**110. Complaint Reduce to Judgment Unpaid Federal Income Tax Liabilities.**
UNITED STATES OF AMERICA, Plaintiff v. Charles T. Stevens, et seq. Defendants. United States District Court, Middle District of Florida. April 11, 2013 Case No. 3-13-cv-375.

Plaintiff, United States of America, by and though its undersigned counsel, complains and alleges as follows: 1. The United States brings this civil action to reduce to judgment Charles Stevens' unpaid federal income tax liabilities for tax year 1998 – 2006 and 2009, and to foreclose on the United States' federal tax liens related to Mr. Stevens' federal income tax liabilities on several parcels of real property.

PARTIES, 6. Plaintiff, the United States of America, is a sovereign body politic. 7. Defendant Charles T. Stevens resides in St. Johns County, Florida. Mr. Stevens has filed to file federal income tax returns for any tax year after 1997.

I, Ralph Kermit Winterrowd 2nd did compile this list from Westlaw and Pacer.

My Hand,

*Ralph Kermit Winterrowd*

## Verified Affidavit of Ralph Kermit Winterrowd 2nd

I, Ralph Kermit Winterrowd 2nd to swear (or affirm) that the preceding list and this Affidavit are true and correct under the penalties of perjury.

1. My true name is Ralph Kermit Winterrowd 2nd.

2. I am of the age of majority and competent to testify for the facts of this list (*supra*) and this verified affidavit.

3. This is list of public records was obtained from Westlaw and Pacer.

4. In each of these public records is the statement "United States of America is a sovereign body politic" with small deviations that does not alter the substance.

My Hand,

*Ralph Kent Winter*

Sworn and subscribed before me a Notary Public in and for the State of Alaska on July 3rd, 2018. My Civil Commission expires on _08/29/2021_.



*Allison Hildreth*

Signature of Notary Public

[SEAL]

Official Seal<br>
Allison H. Hildreth<br>
Notary Public-State of Alaska<br>
My Comm. Expires 08/29/2021

United States of America)
State of Alaska     ) ss

THIS IS TO CERTIFY that the foregoing is a full, true and correct copy of the document as it appears in the records and files of my office

IN THE WITNESS WHEREOF, I have hereunto set my hand and have affixed my official seal at PALMER, Alaska.
This _3rd_ day of _July_, _2018_

Recorder
By: _____