**David Lynwood Toppin**
465 Salisbury Street
Holden, Massachusetts
978-669-0060

FILED
IN CLERKS OFFICE

2018 DEC 18  PM 12: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

"DISTRICT COURT OF THE UNITED STATES"
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| "UNITED STATES OF AMERICA"   ) | |
| )     Plaintiff,                               ) | |
| )                                                 ) | |
| *versus*                                    )   | Case No. 4:17-CV-40011-TSH |
| )                                                 ) | |
| **David Lynwood Toppin,** *in*    ) | |
| *propria persona, et seq.*          ) | |
| Defendant.                              ) | |

Errata for Docket 70 Page 1 of 38

**Comes now,** David Lynwood Toppin ("Toppin"), *in propria persona*, without Assistance of Counsel with this limited and special Appearance with this **Errata for Docket 70 Page 1 of 38.**

Errata in Docket 70 in the Subject Title should have been "**Answer and Affirmative Defense**" instead of "Memorandum of Second Motion to Dismiss; and, in Docket 70 in the first introduction sentence should be "**Comes now,** David Lynwood Toppin ("Toppin"), *in propria persona*, without Assistance of Counsel with this limited and special Appearance with this **Answer and Affirmative Defense**" instead of "**Comes now,** David Lynwood Toppin ("Toppin"), *in propria persona*, without Assistance of Counsel with this limited and special Appearance with this **Answer.**"

Please correct the record and Docket Sheet as I have attached the correct Page 1 of 38 of for Docket 70, being **Attachment A—Correct First Page for Docket 70.**

Second Motion to Dismiss                   Page 1 of 38 2