**David Lynwood Toppin**
465 Salisbury Street
Holden, Massachusetts
978-669-0060



"DISTRICT COURT OF THE UNITED STATES"
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| "UNITED STATES OF AMERICA" ) | |
| Plaintiff, ) | |
| *versus* ) | Case No. 4:17-CV-40011-TSH |
| David Lynwood Toppin, *in* ) | |
| *propria persona, et seq.* ) | |
| Defendant. ) | |

Answer and Affirmative Defense

**Comes now,** David Lynwood Toppin ("Toppin"), *in propria persona*, without Assistance of Counsel with this limited and special Appearance with this **Answer and Affirmative Defense.**

### I. Introduction

This paragraph of the Complaint is replete with untrue conclusions, undisclosed terms meaning and a unassailable Factual Conflict between "**UNITED STATES OF AMERICA**," the claimed Plaintiff in the Heading; and then, the Complaint continues with, "**UNITED STATES** alleges" therein Toppin denied the allegations in total.

### II. FACTS

In 1 through 65 is a "Complaint" by the "**United States alleges**" and as the "**United States of America**" is claimed as the Plaintiff therein it is an unassailable fact from which *flows a fortiori* that the "United States of America alleges" only has standing make to make allegations of fact in a Complaint therein Toppin is without knowledge or information sufficient to form a

My Hand,

## VII. CERTIFICATE OF SERVICE

I hereby certify that on December 18th, 2018, a copy of the foregoing document with its Attachments has been made on all counsel of record by ECF and an original was filed into the USDC. Paper service will be made on any party not being served by ECF, as notified by the court.

December 18th, 2018    *All Rights Reserved*