**David Lynwood Toppin**
465 Salisbury Street
Holden, Massachusetts
978-669-0060

FILED
IN CLERKS OFFICE

2018 DEC 26 PM 3: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

"DISTRICT COURT OF THE UNITED STATES"
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| "UNITED STATES OF AMERICA" | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| versus | ) | Case No. 4:17-CV-40011-TSH |
| | ) | |
| **David Lynwood Toppin,** *in* | ) | |
| *propria persona, et seq.* | ) | |
| Defendant. | ) | |

**Motion to Approve of Stay on this Case Until Government is Funded**

**Comes now,** David Lynwood Toppin ("Toppin"), *in propria persona*, without Assistance of Counsel with this limited and special Appearance with this Motion to Approve of Stay on this Case Until Government is Funded with the requirement that the Deposition Date also be extended as Toppin was getting Subpoenas for Depositions to be conducted on January 8th, 2019 to be signed by the Clerk today.

My Hand,

*[signature]*
all Rights Reserved

## IV. CERTIFICATE OF SERVICE

I hereby certify that on December 26th, 2018, a copy of the foregoing Motion has been made on all counsel of record by ECF and an original was filed into the District Court of the United States. Paper service will be made on any party not being served by ECF, as notified by the court.

Date December 26th, 2018

_____

[signature]

all Rights Reserved