IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No.  4:17-cv-40011-TSH |
| ) | |
| Plaintiff, ) | Judge Timothy S. Hillman |
| ) | |
| v. ) | |
| ) | |
| DAVID L. TOPPIN, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Bradley A. Sarnell, Trial Attorney, Tax Division, United States Department of Justice, hereby enters his appearance as an attorney for Plaintiff United States of America in the above-captioned proceeding.

Dated:  March 5, 2019

                                                Respectfully submitted,

                                                RICHARD E. ZUCKERMAN
                                                Principal Deputy Assistant Attorney General
                                                U.S. Department of Justice, Tax Division

                                                */s/ Bradley A. Sarnell*
                                                BRADLEY A. SARNELL
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 55
                                                Washington, D.C.  20044
                                                202-307-1038 (v)
                                                202-514-5238 (f)
                                                Bradley.A.Sarnell@usdoj.gov

**Certificate of Service**

I, Bradley A. Sarnell pursuant to D. Mass. Civ. L.R. 5.2(b), hereby certify that on March 5, 2019, I electronically filed the foregoing document via this Court's ECF system, which will send notice to all parties requesting notice through this Court's ECF system.

A copy of the foregoing document was also served upon the following party who is not a registered CM/ECF participant, via First Class United States mail:

> David L. Toppin
> 465 Salisbury St.
> Holden, MA 01520

The United States submits that, under the circumstances, no other or further notice is required.

>  /s/ Bradley A. Sarnell
> BRADLEY A. SARNELL
> Trial Attorney, Tax Division
> U.S. Department of Justice