**U.S. Department of Justice**
United States Marshals Service

FILED IN CLERKS OFFICE
2019 APR 18 AM 10: 09
U.S. DISTRICT COURT
DISTRICT OF MASS.

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:17-CV-40011 |
| DEFENDANT | TYPE OF PROCESS |
| DAVID L. TOPPIN, ET AL. | POSTING OF EVICTION ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DAVID L. TOPPIN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4 LACHANCE ST., GARDNER, MA 01440

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jeffrey Nuñez
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: n/a

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 202-616-5218
DATE: April 9, 2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
District of Origin No. C38
District to Serve No. C38
Signature of Authorized USMS Deputy or Clerk: KWils 4575
Date: 4/9/19

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 4/11/19   Time: 923  ☒ am
Signature of U.S. Marshal or Deputy: KWils 4575

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130 | 2 of 2 | Ø | 130 | Ø | N/A |

**REMARKS**
Mr. Toppin was served in hand at his residence for both properties. He advised he plans to be out Sunday

2 DUSMs / 2 hrs / mileage 2 of 2

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18