U.S. Department of Justice
United States Marshals Service

FILED IN CLERKS OFFICE
2019 APR 18 AM 10:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>4:17-CV-40011 |
| DEFENDANT<br>DAVID L. TOPPIN, ET AL. | TYPE OF PROCESS<br>EXECUTION OF EVICTION ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DAVID L. TOPPIN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4 LACHANCE ST., GARDNER, MA 01440

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jeffrey Nuñez
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: n/a

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 202-616-5218
DATE: April 9, 2019

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 4/18/19  Time: 0930 ☒ am
Signature of U.S. Marshal or Deputy: KWils4575

REMARKS

Returned, per AUSA
Subject vacated business.